# WARRANT FOR ARREST

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>REGINALD JEROME ROGERS<br><br>DOB:           PDID: | DOCKET NO: 05-292 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>REGINALD J. ROGERS | FILED<br>AUG 0 8 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

MAIL FRAUD
CAUSING AN ACT TO BE DONE
CRIMINAL FORFEITURE

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:
18 U.S.C. §§ 1341; 2; and 982

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY:<br>U.S. MAGISTRATE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>MAGISTRATE JUDGE ALAN KAY | DATE ISSUED:<br>8/4/05 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>8/4/05 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>8-04-05 | NAME AND TITLE OF ARRESTING OFFICER<br>Reporting<br>DUSM Heather Koch | SIGNATURE OF ARRESTING OFFICER<br>Reporting |
|---|---|---|
| DATE EXECUTED<br>8-08-05 | | |