UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 05-292 (RWR) |
| | : | |
| REGINALD J. ROGERS, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE AS CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is currently assigned to John Griffith. This is a notice that Assistant United States Attorney Virginia Cheatham, D.C. Bar Number 411980, telephone number (202) 514-9732, is entering appearance as co-counsel, for the sole purpose of being the government's "designated" attorney (i.e. "taint attorney") for attorney/client privilege issues with respect to materials obtained from the defendant in a search of his home office on August 8, 2005.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
VIRGINIA CHEATHAM
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar No. 411980
555 4th Street, N.W., Room 5227
Washington, DC 20530
(202) 514-9732

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served via facsimile (202) 208-7515 on counsel for the defendant, Tony Axam, Jr., Esq., Federal Public Defender Service, 625 Indiana Avenue, N.W., Fifth Floor, Washington, D.C. 20004, this ____ day of August, 2005.

_____
VIRGINIA CHEATHAM
ASSISTANT UNITED STATES ATTORNEY