UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05-292 (RWR) |
| | : | |
| v. | : | |
| | : | |
| **REGINALD JEROME ROGERS,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S SUPPLEMENT TO
## MOTION FOR INTRODUCTION OF EVIDENCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby supplements its August 18, 2005 Motion for Introduction of Evidence to include as attachments copies of the following materials: 1) September 17, 2002 letter of admonition to the defendant from the District of Columbia Office of Bar Counsel (attachment 1), August 28, 2003 letter of admonition to the defendant from the District of Columbia Office of Bar Counsel (attachment 2); and 3) November 30, 2004 Report and Recommendation of District of Columbia Court of Appeals Board on Professional Responsibility regarding the defendant (attachment 3).

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia

By: _____
JOHN GRIFFITH
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 353-2453

CERTIFICATE OF SERVICE

      I hereby certify that on this _____ day of August, 2005, that a copy of the foregoing Supplement to the Government's Motion for Introduction of Evidence was served by first-class mail and fax to:

Tony L. Axam  
Assistant Federal Defender  
625 Indiana Avenue, NW, Suite 550  
Washington, DC 20004  
(202) 208-7515

                                                    _____  
                                                    John Griffith  
                                                    Assistant U.S. Attorney  
                                                    Fraud/Public Corruption Section  
                                                    555 4th Street, N.W.  
                                                    Washington, D.C.  20530  
                                                    (202) 353-2453