ADDITIONAL CONDITIONS OF RELEASE

I, Reginald Jerome Rogers agree as a condition of release pending further proceedings in United States v. Reginald Jerome Rogers, Case No. 05-cr-00292 (RWR), that for any estates or persons other than immediate family members, I shall immediately cease acting in any fiduciary capacity, including but not limited to being power-of-attorney, guardian or personal representative and shall not engage in any further financial transactions involving such estates or persons.

X _____
Reginald Jerome Rogers
Defendant


_____
Anthony Axam
Attorney for Defendant
Reginald Jerome Rogers