## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal No. 05-292 (RWR) |
| : | |
| **v.** : | |
| : | |
| **REGINALD JEROME ROGERS,** : | |
| : | |
| **Defendant.** : | |

### NOTICE OF FILING

    The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides notice of filing a Proposed Order relating to its Motion for Introduction of Evidence. The undersigned neglected to submit a Proposed Order at the time the Motion for Introduction of Evidence was filed.

                                                Respectfully submitted,

                                                KENNETH L. WAINSTEIN
                                                United States Attorney
                                                for the District of Columbia

                        By: _____
                                                JOHN GRIFFITH
                                                Assistant U.S. Attorney
                                                555 4th Street, N.W.
                                                Washington, D.C.  20530
                                                (202) 353-2453