## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal No. 05-292 (RWR) |
| : | |
| **v.** : | |
| : | |
| **REGINALD JEROME ROGERS,** : | |
| : | |
| **Defendant.** : | |

## ORDER

For the reasons set forth in the Government's Motion for Introduction of Evidence, it is this \_\_\_\_ day of _____, 2005, hereby,

ORDERED, that the government shall be permitted to introduce as evidence at trial letters of admonition from the District of Columbia Office of Bar Counsel to the defendant, dated September 17, 2002 and August 28, 2003, and the November 9, 2004 Report and Recommendation of the District of Columbia Court of Appeals Board on Professional Responsibility relating to the defendant.

_____  _____
DATE  RICHARD W. ROBERTS
  U.S. DISTRICT COURT JUDGE