## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05-292 (RWR) |
| | : | |
| v. | : | |
| | : | |
| **REGINALD JEROME ROGERS,** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF FILING

The government requests that the attached letter, dated September 6, 2005, be made part of the record in this case.

                       Respectfully submitted,

                       KENNETH L. WAINSTEIN
                       United States Attorney
                       for the District of Columbia

By: _____
      VIRGINIA CHEATHAM
      Assistant U.S. Attorney
      Bar No. 411980
      555 4th Street, N.W.
      Washington, D.C. 20530
      (202) 514-9732

### CERTIFICATE OF SERVICE

I hereby certify that on this \_\_8th\_\_\_ day of September, 2005, that a copy of the foregoing Notice was served by leaving a copy in the FPD court box for:

Tony Axam, Jr. Esq.
Assistant Federal Public Defender
625 Indiana Avenue, N.W. Suite 550
Washington, D.C. 20004

                       _____
                       Virginia Cheatham
                       Assistant U.S. Attorney