

U.S. Department of Justice

United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20001*

September 6, 2005

VIA COURT RUN

Tony Axam, Jr. Esq.
Assistant Federal Public Defender
625 Indiana Avenue, N.W. Suite 550
Washington, D.C. 20004

                Re:    Reginald Rogers

Dear Mr. Axam:

      Please find enclosed a 42-page inventory of the four banker's boxes retrieved from your client's home office on August 8, 2005. As I offered before, we can provide you with complete and immediate access to the materials seized during the search. Once you have reviewed the material, let me know if you agree or disagree with my conclusions regarding whether the material is attorney/client protected. I would like to work with you regarding the labeling, to the extent possible.

      I look forward to hearing from you regarding scheduling of a time for your review of the materials. I can be reached at (202) 514-9732. Thank you.

                                    Sincerely yours,

                                    KENNETH L. WAINSTEIN
                                    UNITED STATES ATTORNEY

By:            */s/*
                                  VIRGINIA CHEATHAM
                                  Assistant United States Attorney

Encl.