UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Criminal No.  05-292 (RWR) |
| **REGINALD J. ROGERS,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**UNOPPOSED MOTION FOR LEAVE TO LATE FILE**

Defendant, Reginald Rogers, through undersigned counsel, respectfully requests leave to late-file the attached Opposition to Government's Intent to Introduce 404(b) Evidence.  As grounds for this motion, counsel states as follows:

1. Counsel for the government does not oppose this request.

2. A status hearing is scheduled for October 21, 2005.

3. Counsel for Defendant originally anticipated that he would be able to file the attached opposition by the due date, however, because of other commitments before this Court, counsel did not complete the motions in time.

Wherefore, counsel for Defendant, respectfully requests that the Court grant defendant's Motion to Late-File.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER


        _____/S/_____
        Tony Axam, Jr.
        Assistant Federal Public Defenders
        625 Indiana Avenue, N.W.,
        Suite 550
        Washington, D.C.  20004
        (202)  208-7500