UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**REGINALD J. ROGERS,** )<br>)<br>**Defendant.** )<br>_____ ) | Criminal No. 05-292 (RWR) |

### ORDER

Upon consideration of defendant's opposition to the government's motion to introduce Rule 404(b) evidence, it is hereby

**ORDERED** that the Government's Motion is DENIED; and it is further

**ORDERED** that the government is prohibited from introducing any of evidence of other acts and crimes under Rule 404(b);

SO ORDERED this _____ day of _____, 2005.


_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE


Copies to:
AFPD Tony Axam, Jr.
AUSA John Griffith, Esq.

Case 1:05-cr-00292-RWR    Document 10-2    Filed 09/14/2005    Page 2 of 2