IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cr. No. 05-0292 (RWR) |
| | ) | |
| **REGINALD ROGERS,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon consideration of the Motion to Late-File Defendant's Opposition to Government's Intent to Introduce 404(b) Evidence, it is hereby

**ORDERED** that counsel shall be permitted to Late- File the Defendant's Opposition to Government's Intent to Introduce 404(b) in this matter;

**SO ORDERED**, this _____ day of _____, 2004.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies to:

Tony Axam, Jr., AFPD

Virginia Cheatman, AUSA