UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.            ) | Criminal No. 05-292 (RWR) |
| ) | |
| REGINALD J. ROGERS,   ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the Motion to Late-File Defendant's Opposition to Government's Intent to Introduce 404 (b) Evidence [9] it is hereby

ORDERED that counsel shall be permitted to file Defendant's Opposition to Government's Intent to Introduce 404(b) Evidence.

SIGNED this 30th day of September, 2005.

_____
RICHARD W. ROBERTS
United States District Judge