UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Criminal No. 05-292 (RWR) |
| **REGINALD J. ROGERS,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**ORDER**

Upon consideration of defendant's opposition to the government's motion to introduce Rule 404(b) evidence, it is hereby

**ORDERED** that the Government's Motion is DENIED; and it is further

**ORDERED** that the government is prohibited from introducing any of evidence of other acts and crimes under Rule 404(b);

SO ORDERED this _____ day of _____, 2005.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies to:
AFPD Tony Axam, Jr.
AUSA John Griffith, Esq.

Case 1:05-cr-00292-RWR   Document 13-2   Filed 10/05/2005   Page 2 of 2