UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal No. 05-292 (RWR) |
| : | |
| v. : | |
| : | |
| **REGINALD JEROME ROGERS,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the government's motion for introduction of evidence, defendant's opposition thereto and the government's reply memorandum, it is hereby

**ORDERED** that the government be permitted to introduce:

1) Letters of admonition from the District of Columbia Office of Bar Counsel to the defendant, dated September 17, 2002 and August 28, 2003;

2) A letter from the District of Columbia Office of Bar Counsel to the defendant, dated November 19, 2003, regarding Hattie Mae Goode; and

3) Testimony from a representative of the District of Columbia Office of Bar Counsel that the defendant was subject to hearing on the Hattie Mae Goode matter on May 26, 2004 and that on November 30, 2004, the District of Columbia Court of Appeals, Board on Professional Responsibility recommended that the defendant be disbarred for his conduct relating to Hattie Mae Goode.

**SO ORDERED** this _____ day of _____, 2005.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

cc: AFPD Tony Axam, Jr.
    AUSA John Griffith