# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Criminal No. 05-292 (RWR) |
| REGINALD J. ROGERS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

The Court having considered Defendant's Motion for a Bill of Particulars, good cause having been shown therefore;

IT IS HEREBY ORDERED this _____ day of _____, 2005 that Defendant's Motion is GRANTED and the government shall provide defense counsel with the information requested in his Motion for a Bill of Particulars.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE