UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05-292 (RWR) |
| | : | |
| v. | : | |
| | : | |
| **REGINALD JEROME ROGERS,** | : | |
| | : | |
| **Defendant.** | : | |

**UNOPPOSED MOTION FOR LEAVE OF COURT
TO LATE-FILE GOVERNMENT'S SECOND
MOTION FOR INTRODUCTION OF EVIDENCE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves for an Order permitting the filing its second motion for introduction of evidence. In support of this request, the government states:

1. On August 8, 2005, the defendant was arraigned and the date for filing motions, including Rule 404(b) motions was set for ten days from that date.

2. On August 18, 2005, the Government filed its motion for introduction of evidence relating to defendant's prior bar proceedings.

3. Subsequent to the original motions deadline, the government received from the Internal Revenue Service tax return information concerning the defendant.

4. Based on a review of the tax return information, the government believes that a second motion for introduction of evidence is appropriate.

5. Counsel for the defendant has indicated that defendant has no objection to the filing of the second motion for introduction of evidence.

WHEREFORE, the United States respectfully requests that the Court permit the filing of the Government's second motion for introduction of evidence.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia

By: _____
JOHN GRIFFITH
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-2453