# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal No. 05-292 (RWR) |
| : | |
| v. : | |
| : | |
| **REGINALD JEROME ROGERS,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the Government's second motion for introduction of evidence, it is hereby

**ORDERED** that the Government be permitted to introduce defendant's filed Federal tax returns for the years 1999 through 2002 and documentation that the defendant failed to file Federal tax returns for the years 2003 and 2004.

**SO ORDERED** this _____ day of _____, 2005.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

cc: AFPD Tony Axam, Jr.
    AUSA John Griffith