

U.S. Department of Justice

United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C.  20001*

November 15, 2005

<u>VIA COURT RUN</u>

Tony Axam, Jr. Esq.
Assistant Federal Public Defender
625 Indiana Avenue, N.W. Suite 550
Washington, D.C. 20004

          Re:    <u>Reginald Rogers</u>

Dear Mr. Axam:

      Last week I sent to you two C.D.'s containing electronic versions of documents from your client's computer, seized by the FBI as part of the search warrant in August.  During this execution the warrant, the agents also seized floppy disks.  I asked the FBI to search these floppy disks for key words - the names of victims or potential victims - and to provide me with access to these documents.  On Monday, November 14, 2005, I viewed these documents at the FBI and selected the ones which I believed were relevant to the prosecution team but not privileged.  Attached is a disk that contains these documents.  On this disk, there is one document which I would like to discuss with you regarding the issue of potential attorney/client privilege.

      For your ease, I enclose a print out of the documents that I propose to turn over to the prosecution team (I include the one letter that we need to discuss).  In addition to these documents I also propose giving the prosecution team the prepared tax returns for 2002 and 2003 for Mrs. Beane, the 2002 tax return for Mrs. Goode, and the 2003 tax return for Mrs. Lewis.  I can be reached at (202) 514-9732.  Thank you.

                                       Sincerely yours,

                                       KENNETH L. WAINSTEIN
                                       UNITED STATES ATTORNEY

                        By:    _____
                                       VIRGINIA CHEATHAM

Encl.                                       Assistant United States Attorney