UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal No. 05-292 (RWR) |
| : | |
| **v.** : | |
| : | |
| **REGINALD JEROME ROGERS,** : | |
| : | |
| **Defendant.** : | |

### GOVERNMENT'S NOTICE OF FILING PROPOSED
### REDACTED VERSION OF LETTER AND PROPOSED
### LIMITING JURY INSTRUCTIONS FOR RULE 404(B) EVIDENCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, pursuant to this Court's January 27, 2006 Pretrial Order, hereby provides notice of its filing of the accompanying materials: 1) August 28, 2003 letter to the defendant from the D.C. Office of Bar Counsel containing proposed redactions (attachment 1); and 2) proposed limiting instructions relating to F.R.E. 404(b) evidence proffered by the government (attachment 2).  Both parties have agreed to the wording of the proposed limiting instructions.  With respect to the August 28, 2003 letter, the parties have agreed to the redactions, except that the defendant reserves the right to argue that the page numbers and subject headings should also be redacted.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney
        D.C. Bar No. 451058

By: _____
        JOHN GRIFFITH
        Assistant U.S. Attorney
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 353-2453