UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case #1:05-cr-00292-RWR-ALL |
| v. : | |
| : | |
| REGINALD JEROME ROGERS, : | |
| : | |
| Defendant. : | |

## APPEARANCE OF COUNSEL

The Clerk of the Court shall please enter the appearance of undersigned counsel for Defendant Reginald Jerome Rogers as retained co-counsel.

THOMPSON O'DONNELL, LLP

_____
J. Michael Hannon, #352526
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C. 2005-3987
(202) 289-1133
(202) 289-0275 (facsimile)
jmh@tomnh.com


Charles I. Cate, Attorney at Law

_____
Charles I. Cate, #969360
2009 14th Street North
Arlington, VA 22201
(703) 522-2112
(703) 522-5201 (facsimile)
chascate@msn.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Appearance of Counsel was sent by facsimile and first class mail postage prepaid this 22nd day of February, 2006, to:

Tony Lenell Axam
FEDERAL PUBLIC DEFENDER
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7515 Facsimile

and

John D. Griffith
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-2304 Facsimile

_____
J. Michael Hannon