## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  ) | |
| ) | |
| **Plaintiff,**  ) | |
| **v.**  ) | |
| ) | **Criminal No.  05-292 (RWR)** |
| **REGINALD J. ROGERS,**  ) | |
| ) | |
| **Defendant.**  ) | |
| _____ ) | |

### MOTION TO WITHDRAW

Counsel for defendant, Reginald Rogers, respectfully moves this Court for leave to withdraw.  On March 22, 2006, attorney Michael Hannon entered his appearance in this matter after being retained by Mr. Rogers.

Wherefore, counsel for Defendant, respectfully requests that the Court grant this Motion to Withdraw.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/S/_____
Tony Axam, Jr.
Assistant Federal Public Defenders
625 Indiana Avenue, N.W.,
Suite 550
Washington, D.C.  20004
(202)  208-7500

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Motion was served upon Jonathan Griffith, Assistant

United States Attorney, 555 4th Street, N.W., Washington, D.C.  by electronic means this 23rd

day of February, 2006.


_____/S/_____
Tony Axam, Jr.
Assistant Federal Public Defender