UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Criminal No. 05-292 (RWR) |
| REGINALD J. ROGERS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

The Court having considered Defendant's Motion to Withdraw, and for good cause shown,

IT IS HEREBY ORDERED this _____ day of _____,2006 that Defendant's Motion is GRANTED and the Office of the Federal Public Defender is withdrawn as counsel of record in the above-captioned matter.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE