UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 27 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 05-292 (RWR) |
| ) | |
| REGINALD J. ROGERS ) | |
| ) | |
| Defendant. ) | |

### ORDER

Retained co-counsel have filed a notice of appearance for defendant Reginald Rogers. Appointed counsel has therefore moved to withdraw, but has contacted the court to seek a status hearing concerning scheduling.

All counsel are informed that the current pretrial and trial schedule reflected in the Pretrial Order signed on January 27, 2006 will not be changed. Therefore, no scheduling hearing is needed. Appointed counsel's motion to withdraw will be held in abeyance until retained counsel file with the court a notice confirming that they will abide by the schedule fixed in the Pretrial Order.

SIGNED this 24th day of February, 2006.

_____
RICHARD W. ROBERTS
United States District Judge