UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. 1:05-cr-00292-RWR-ALL |
| v. | : |
| | : |
| REGINALD JEROME ROGERS, | : |
| | : |
| Defendant. | : |

**JOINT REQUEST FOR STATUS CONFERENCE**

Undersigned counsel for Mr. Rogers is authorized by counsel for the United States to represent that the parties respectfully request the Court to schedule a status conference to discuss the following pending issues: the motion of Tony L. Axam, Esq., to withdraw as Mr. Rogers' counsel; the ability of the parties to proceed to trial on the scheduled date; and various procedural issues related to the trial of this case.

Retained counsel for Mr. Rogers reports that they have been working diligently with the government to meet the existing pretrial and trial schedule reflected in the Pretrial Order. At the present time, they anticipate being able to abide that schedule. However, retained counsel has recently reviewed the transcript of the hearing before this Court held on January 25, 2006. At that hearing, the government estimated that its case would take five days and Mr. Axam on behalf of Mr. Rogers indicated a day-and-a-half for the defense. Undersigned counsel anticipate that the defense case will exceed the time estimate given at that hearing.

Undersigned counsel continue to review documents and to interview witnesses to present a good faith estimate of the length of the defense case.

Assistant United States Attorney John Griffith and undersigned counsel for Mr. Rogers all represent that a status hearing would be helpful in enabling both sides to confirm to the Court

their readiness for trial on the appointed date.  In addition to discussing the number of witnesses, counsel anticipate discussing other procedural issues, and counsel anticipate such a status hearing would aid the Court and parties in making certain that the trial of this case is handled expeditiously.  This case involves thousands of pages of documents and bank records.

WHEREFORE, the parties request that the Court schedule a status conference at its earliest convenience.

Respectfully submitted,

THOMPSON O'DONNELL, LLP


_____//s// J. Michael Hannon_____
J. Michael Hannon, #352526
1212 New York Avenue, NW
Suite 1000
Washington, DC 20005
(202) 289-1133
(202) 289-0275 (facsimile)
jmh@tomnh.com


Charles I. Cate, Attorney at Law


_____//s// Charles I. Cate_____
Charles I. Cate, #969360
2009 14th Street North
Arlington, VA 22201
(703) 522-2112
(703) 522-5201 (facsimile)
chascate@msn.com

*Attorneys for Defendant Reginald Jerome Rogers*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **JOINT REQUEST FOR STATUS CONFERENCE** was sent via electronic filing to:

Tony L. Axam, Jr.
FEDERAL PUBLIC DEFENDER
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7515 Facsimile

and

John D. Griffith
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-2304 Facsimile

_____*//s// J. Michael Hannon*_____
J. Michael Hannon