UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:05-cr-00292-RWR-ALL |
| v. : | |
| : | |
| REGINALD JEROME ROGERS, : | |
| : | |
| Defendant. : | |

### NOTICE OF FILING

The Clerk of the Court shall please accept for filing the attached ORDER to accompany the JOINT REQUEST FOR STATUS CONFERENCE filed on March 15, 2006.

Respectfully submitted,

THOMPSON O'DONNELL, LLP


_____//s// J. Michael Hannon_____
J. Michael Hannon, #352526
1212 New York Avenue, NW
Suite 1000
Washington, DC 20005
(202) 289-1133
(202) 289-0275 (facsimile)
jmh@tomnh.com

Charles I. Cate, Attorney at Law


_____//s// Charles I. Cate_____
Charles I. Cate, #969360
2009 14th Street North
Arlington, VA 22201
(703) 522-2112
(703) 522-5201 (facsimile)
chascate@msn.com

*Attorneys for Defendant Reginald Jerome Rogers*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing **NOTICE OF FILING** was sent via electronic filing this 16th day of March, 2006 to:

Tony L. Axam, Jr.
FEDERAL PUBLIC DEFENDER
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7515 Facsimile

and

John D. Griffith
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-2304 Facsimile

                                                          _//s// J. Michael Hannon_
                                                  J. Michael Hannon