UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. 1:05-cr-00292-RWR-ALL |
| v. | : |
| | : |
| REGINALD JEROME ROGERS, | : |
| | : |
| Defendant. | : |

**O R D E R**

Upon consideration of the Joint Request for Status Conference, it is, by the Court, this ___ day of _____, 2006,

**ORDERED** that the Request be and hereby is **GRANTED**; and it is further

**ORDERED** that the Status Conference be set for _____, 2006.

SO ORDERED.

_____
Richard W. Roberts,
DISTRICT Judge

Copies to:

J. Michael Hannon, Esq.
THOMPSON O'DONNELL, LLP
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C. 20005

Charles I. Cate, Esq.
2009 14th Street North
Arlington, VA 22201

Tony L. Axam, Jr., Esq.
FEDERAL PUBLIC DEFENDER
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

John D. Griffith, Esq.
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C. 20530