UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:05-cr-00292-RWR-ALL |
| v. : | |
| : | |
| REGINALD JEROME ROGERS, : | |
| : | |
| Defendant. : | |

**DEFENDANT'S RESPONSE TO THE COURT'S ORDER OF MARCH 17, 2006**

Reginald J. Rogers, through his attorneys THOMPSON O'DONNELL, LLP, and Charles I. Cate, presents the following information in response to the Court's recent order of March 17, 2006.

1. Counsel were retained and entered their appearance on behalf of Mr. Rogers on February 22, 2006.

2. The next day, attorney Tony L. Axam filed a motion to withdraw as counsel to Mr. Rogers.

3. On February 24, 2006, this Court issued an order holding Mr. Axam's motion to withdraw in abeyance "until retained counsel file with the court a notice confirming that they will abide by the schedule fixed in the Pretrial Order."

4. On March 15, 2006, all parties filed a Joint Request for Status Conference. By order of March 17, 2006, the Court denied the request without prejudice. In that order, the Court stated "No reason is supplied as to why a status hearing is needed to confirm the parties' readiness for trial."

5. Retained counsel reported in the March 15 Joint Request for Status Conference that they had recently obtained and reviewed the transcript of the Court's January 25, 2006, status

hearing. In that transcript, the government estimated that its case would take five days, and Mr. Axam on behalf of Mr. Rogers indicated a day-and-a-half for the defense. From the transcript, it appears that the Court intended to schedule this case for the following days: April 6, 10, 11, 12, 13, 18, 19, 20, not sitting on Good Friday, Easter Sunday and Friday April 21. It appears that the Court intended that jury selection take place on April 6, with opening statements and testimony to begin on Monday April 10. Thus, as can be discerned from the transcript, it appears that the Court anticipated seven full trial days for opening statements, testimony and closing arguments.

6.     Retained counsel have continued their discussions with Assistant United States Attorney John Griffith regarding the trial. These discussions have been productive and helpful towards meeting the Court's Pretrial Order schedule. Recently, Mr. Griffith very graciously provided an anticipated witness list for the government. Retained counsel for Mr. Rogers have now been able to make a good faith estimate of the length of the defense case. Counsel conservatively anticipate that the Defendant's evidence will take up to five trial days.

7.     Neither counsel for the United States nor retained counsel know whether the Court has available on its schedule the number of days they believe are necessary to afford both parties the time needed for presentation of all the evidence.

8.     Consequently, retained counsel pursuant to the Court's order of February 24, 2006, is able to represent and notice that they will abide the schedule fixed in the Pretrial Order, provided that the Court has available the number of days required to present Mr. Roger's defense.

9.     If the Court can confirm that this time is available, the defendant is ready for trial and no further need for a status hearing is required.

The parties, of course, are available to the Court as necessary to discuss any matter related to trial.

>Respectfully submitted,
>
>THOMPSON O'DONNELL, LLP
>
>
>_____*//s// J. Michael Hannon*_____
>J. Michael Hannon, #352526
>1212 New York Avenue, NW
>Suite 1000
>Washington, DC 20005
>(202) 289-1133
>(202) 289-0275 (facsimile)
>jmh@tomnh.com
>
>
>Charles I. Cate, Attorney at Law
>
>
>_____*//s// Charles I. Cate*_____
>Charles I. Cate, #969360
>2009 14th Street North
>Arlington, VA 22201
>(703) 522-2112
>(703) 522-5201 (facsimile)
>chascate@msn.com
>
>*Attorneys for Defendant Reginald Jerome Rogers*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing **DEFENDANT'S RESPONSE TO THE COURT'S ORDER OF MARCH 17, 2006,** was sent via electronic filing this 23rd day of March, 2006, to:

Tony L. Axam, Jr.
FEDERAL PUBLIC DEFENDER
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7515 Facsimile

and

John D. Griffith
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-2304 Facsimile

_____*//s// J. Michael Hannon*_____
J. Michael Hannon