```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```


```
                                    )
UNITED STATES OF AMERICA,           )
                                    )
     v.                             ) Criminal Action No. 05-292 (RWR)
                                    )
REGINALD J. ROGERS                  )
                                    )
     Defendant.                     )
                                    )
```

**ORDER**

The parties filed a Joint Request for a Status Conference "to discuss . . . the motion of Tony L. Axam, Esq., to withdraw as Mr. Rogers' counsel; the ability of the parties to proceed to trial on the scheduled date; and various procedural issues."

1) Mr. Axam's motion was already addressed in the Court's February 24, 2006 Order. The parties provide no reason why the motion must be discussed at a status hearing.

2) Retained counsel report in the Joint Request that they anticipate abiding by the schedule in the pretrial order, and the government has suggested no unreadiness on its part. No reason is supplied as to why a status hearing is needed to confirm the parties' readiness for trial.

3) The Joint Request provides no detail about any procedural issues that would warrant discussion at a status hearing. Accordingly,

The Joint Request is denied without prejudice.

- 2 -

SIGNED this 17th day of March, 2006.

_____
RICHARD W. ROBERTS
United States District Judge