UNITED STATES DISTRICT COURT F
OR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  : Case No. 1:05-cr-00292-RWR-ALL
        v.                        :
                                  :
REGINALD JEROME ROGERS,           :
                                  :
        Defendant.                :

## DEFENDANT'S EXHIBIT LIST

| No. | Description | Witness | Objection | Adm. |
|---|---|---|---|---|
| 1 | Letter or Representation and Retainer to Hattie Mae Goode from Reginald Rogers | | | |
| 2 | Letter to Hattie Mae Goode from Reginald Rogers dated February 9, 1996 re: 1995 taxes | | | |
| 3 | Physician's Report for Hattie Mae Goode dated 7/9/01 | | | |
| 4 | Itinerary for Hattie Mae Goode dated 4/7/03 | | | |
| 5 | Copies of cover sheets to Reginald Rogers from Hattie Mae Goode; US Dept of H.U.D. Settlement Statement and copies of Savings Bond of Cleophas and Hattie Mae Goode | | | |
| 6 | Will of Hattie Mae Goode | | | |
| 7 | Handwritten notes re: Hattie Mae Goode | | | |
| 8 | US Savings Bond – Statement for Recipients of Interest Income for Hattie Mae Goode | | | |
| 9 | Withdrawal Receipt dated 11/10/00 from Hattie Mae Goode | | | |

| | | | | |
|---|---|---|---|---|
| 10 | Letter from Reginald Rogers dated 4/30/03 to Office of Tax and Revenue re: Homestead Deduction and Senior Citizen Tax Relief form for Hattie Mae Goode | | | |
| 11 | Handwritten notes for Hattie Mae Goode Funeral Arrangements | | | |
| 12 | Emergency Contact Information for Hattie Mae Goode to Reginald Rogers dated 6/26/96 | | | |
| 13 | Living Will Declaration for Hattie Mae Goode dated 5/2/96 | | | |
| 14 | Will of Hattie Mae Goode | | | |
| 15 | Durable Power of Attorney for Health Care of Hattie Mae Goode dated 4/29/96 | | | |
| 16 | General Power of Attorney (with Durable Provision) of Hattie Mae Goode | | | |
| 17 | General Power of Attorney (with Durable Provision) of Hattie Mae Goode | | | |
| 18 | Will of Hattie Mae Goode | | | |
| 19 | Codicil to the Will of Hattie Mae Goode | | | |
| 20 | Codicil to the Will of Hattie Mae Goode | | | |
| 21 | Letter from Hattie Mae Goode to Naomi Rogers dated 3/97 | | | |
| 22 | Copy of check dated 10/6/03 to Reginald Rogers POA Hattie Mae Goode | | | |
| 23 | Customer copy of check dated 10/14/03 to Reginald Rogers POA Hattie Mae Goode | | | |
| 24 | Customer copy of check dated 10/6/03 to Reginald Rogers POA Hattie Mae Goode | | | |
| 25 | Durable General Power of Attorney for Hattie Mae Goode | | | |
| 26 | Letter to Hattie Mae Goode from Reginald Rogers dated February 9, 1996 re: 1995 taxes | | | |

| | | | | |
|---|---|---|---|---|
| 27 | Letter dated 4/12/03 re: Roberts, Borders, Mauney, Howell, Briggs and Related Families 98th Annual Family Reunion | | | |
| 28 | Handwritten receipt for Hattie Mae Goode birthday cake | | | |
| 29 | Itinerary for Hattie Mae Goode dated 4/7/03 | | | |
| 30 | Fax from Cassandra Johnson, assistant to Reginald Rogers re: revised limo service for Hattie Mae Goode for 4/7/03 | | | |
| 31 | USA Limosine Service receipt for service for Hattie Mae Goode for 4/7/03 | | | |
| 32 | Copy of cover sheet to Reginald Rogers from Hattie Mae Goode re: Income Tax Statements for 2000 | | | |
| 33 | Emergency Contact Information for Hattie Mae Goode to Reginald Rogers dated 6/26/96 | | | |
| 34 | Hattie Mae Goode Deed dated 2/3/00 | | | |
| 35 | Thank you note from Dorothy Robinson to Reginald Rogers | | | |
| 36 | General Power of Attorney for Mamie Steward | | | |
| 37 | General Power of Attorney for Dorothy Robinson | | | |
| 38 | Copy of cashier's check dated 7/6/98 to Travelers Property from Hattie Mae Goode | | | |
| 39 | Receipt for Fort Lincoln Funeral Prearrangements and Funeral Home, Inc. re: Hattie Mae Goode | | | |
| 40 | TMJ Management Services receipt for Hattie Mae Goode | | | |
| 41 | Withdrawal Receipt dated 11/10/00 from Hattie Mae Goode | | | |

| | | | | |
|---|---|---|---|---|
| 42 | Letter from Reginald Rogers dated 4/30/03 to Office of Tax and Revenue re: Homestead Deduction and Senior Citizen Tax Relief form for Hattie Mae Goode | | | |
| 43 | Durable General Power of Attorney for Hattie Mae Goode dated 2/24/00 | | | |
| 44 | Handwritten notes re: Hattie Mae Goode | | | |
| 45 | Copies of cashier's check to Agnes Gay dated 1/22/96 and 3/6/96 from purchaser Hattie Mae Goode | | | |
| 46 | Customer copy of cashier's check to Agnes Gay dated 10/19/98 from Hattie Mae Goode | | | |
| 47 | Note to Cassie dated 9/17/02 from Reginald Rogers re: Hattie Mae Goode refund/claim for the sewage backup | | | |
| | | | | |
| 48 | Minnie Beane Funeral Service Program | | | |
| 49 | Minnie Beane Health and Contact Information | | | |
| 50 | Letters to/from Reginald Rogers dated 6/10/02 re: sale of Beane Property and Extension to Special Power of Attorney | | | |
| 51 | "An Ode to an Elegant Lady" written for Minnie Beane Funeral Service | | | |
| 52 | "For My 'Sister' Minnie" Written by Hardmon Family on 12/16/04 | | | |
| 53 | Minnie Beane Funeral Service Program | | | |
| 54 | Letter to Minnie Beane from Eva | | | |
| 55 | Notice of Unsatisfied Parking Tickets to Minnie Beane dated 3/14/97 | | | |
| 56 | Handwritten Record Book for Minnie Beane from 3/17/03 - 3/20/04 | | | |
| 57 | Handwritten Record Book for Minnie Beane from 4/19/04 - 7/13/04 | | | |

| | | | | |
|---|---|---|---|---|
| 58 | Letter dated 7/7/03 to Matilda Watson from Reginald Rogers re: care of Minnie Beane | | | |
| 59 | Letter dated 6/30/04 to Doug White from Reginald Rogers re: carpet care for Minnie Beane | | | |
| 60 | Government Employees Insurance Company Expiration Notice to Minnie Beane | | | |
| 61 | Letter dated 11/3/03 to Minnie Beane from Jackson National Life Insurance Company | | | |
| 62 | Dental Care Patient Information for Minnie Beane faxed from Reginald Rogers | | | |
| 63 | Letter dated 10/18/02 to Grubb's Care Pharmacy & Medical Equipment re: Minnie Beane from Reginald Rogers | | | |
| 64 | Check and payment stub to DC Fire and EMS Department for Minnie Beane signed by Reginald Rogers | | | |
| 65 | Acknowledgment of Receipt of Notice of Privacy Practices of Drs. Lewis Marshall, Richard H. Parker & Associates, PLLC for Minnie Beane signed by Reginald Rogers | | | |
| 66 | Providence Hospital Receipt and copy of payment check for Minnie Beane signed by Reginald Rogers | | | |
| 67 | Clinical data for Minnie Beane dated 1/8/03 | | | |
| 68 | Letter to Matilda Watson re: her excellent care of Minnie Beane from Reginald Rogers | | | |
| 69 | Letter to Librarian of Congress dated 12/6/56 to Minnie F. Scarborough | | | |

| | | | | |
|---|---|---|---|---|
| 70 | Notes and receipts for Minnie Beane birthday party from Elizabeth Hood and Reginald Rogers | | | |
| 71 | Guide to INOVA Home Health cover | | | |
| 72 | Proposed Visit Schedule | | | |
| 73 | Thomas House Choosing and Entrance Fee Option | | | |
| 74 | Copy of check to Sunrise of Alexandria dated 5/17/02 from Minnie Beane | | | |
| 75 | Letter dated 1/22/02 to James Davis, MD with attachments re: Minnie Beane discharge to Sunrise Assisted Living from Reginald Rogers | | | |
| 76 | Letter dated 10/7/02 to Sunrise of Alexandria re: Minnie Beane billing issues from Reginald Rogers | | | |
| 77 | Resident Application Packet for American Baptist Homes of the West | | | |
| 78 | CSRS Physician's Statement for Employee Disability Retirement Purposes signed by Minnie Beane on 11/4/75 | | | |
| 79 | CSRS Application for Retirement for Minnie Beane | | | |
| 80 | Letter dated 10/8/02 to Social Security Administration from Minnie Beane re: authorization of Reginald Rogers | | | |
| 81 | CSRS Designation of Beneficiary for Minnie Beane | | | |
| 82 | FEGLI Designation of Beneficiary for Minnie Beane | | | |
| 83 | Flier for 95th Anniversary Banquet of Sargent Memorial Presbyterian Church | | | |
| 84 | Letter dated 4/9/03 to Reverand James Allen of Sargent Memorial Presbyterian Church from Reginald Rogers re: Minnie Beane Contributions | | | |

| | | | | |
|---|---|---|---|---|
| 85 | Sargent Memorial Presbyterian Church Contribution Statement for Minnie Beane | | | |
| 86 | Copy of check to North Carolina Vital Records dated 1/3/03 from Reginald Rogers re: Minnie F. Bridges | | | |
| 87 | Handwritten time and fee notes of Reginald Rogers | | | |
| 88 | Handwritten notes for Minnie Beane | | | |
| 89 | Letter to Steven Goldberg dated 12/18/02 from Reginald Rogers re: brokerage and checking accounts for Minnie Beane | | | |
| 90 | Letter to Madlyn Fox dated 10/1/02 from Reginald Rogers re: Minnie Beane funeral prearrangements at Henry S. Washington & Sons Funeral Home | | | |
| 91 | Copy of check to Henry S. Washington & Sons Funeral Home from Reginald Rogers re: Minnie Beane funeral prearrangements | | | |
| 92 | Letter to Madlyn Fox dated 4/3/03 from Reginald Rogers re: replacement check for Minnie Beane funeral prearrangements | | | |
| 93 | Letter to Madlyn Fox dated 1/29/03 from Reginald Rogers re: conclusion of Minnie Beane funeral prearrangements | | | |
| 94 | Handwritten notes re: Minnie Beane death, funeral and notice of OPM and Social Security | | | |
| 95 | Letter to Mervin Withers, Esq. dated 12/7/99 from Reginald Rogers re: Minnie Beane Interest in Joseph Beane Estate | | | |
| 96 | Power of Attorney for Minnie Beane | | | |
| 97 | Fax to attorney representing Minnie Beane re: affidavit for SunTrust Securities, Inc. | | | |
| 98 | Picture of Minnie Beane | | | |

| | | | | |
|---|---|---|---|---|
| 99 | Handwritten Record Book for Minnie Beane from 4/19/04 - 7/13/04 | | | |
| 100 | Handwritten Record Book for Minnie Beane from 3/17/03 - 3/20/04 | | | |
| 101 | Handwritten notes on bills for Minnie Beane | | | |
| 102 | Minnie Beane Funeral Service Program | | | |
| 103 | Extension for Special Power of Attorney for Minnie Beane | | | |
| 104 | "For My 'Sister' Minnie" Written by Hardmon Family on 12/16/04 | | | |
| 105 | Picture of Minnie Beane with Eva | | | |
| 106 | Letter to Minnie Beane with Eva | | | |
| 107 | Synopsis on the life of Mrs. Minnie Florence Beane | | | |
| 108 | General Service Administration Notification of Personnel Action for James D. Beane | | | |
| 109 | Note to Jerrie Brown dated 7/30/04 from Reginald Rogers | | | |
| 110 | Petition for Probate for Minnie Beane | | | |
| 111 | Will of Minnie Beane | | | |
| 112 | Letter to Reginald Rogers dated 3/6/05 from Deborah Smith re: Edward Thompson request for information on MB estate | | | |
| 113 | Appraisal for Real Property of Minnie Beane | | | |
| 114 | Single Family home Sales Contract | | | |
| 115 | Handwritten Notes for MB Probate Billing | | | |
| 116 | Letter with attachments to Reginald Rogers from DC Court Appraiser re: MB estate | | | |

| | | | | |
|---|---|---|---|---|
| 117 | Copy of notes on envelope for MB Payments | | | |
| 118 | Receipt note dated 7/9/03 from C. Tucker | | | |
| 119 | Notes for MB birthday | | | |
| 120 | Letter to Spartan Sewer Raider, Inc. dated 6/16/03 from RR re: contesting of bill to MB | | | |
| 121 | FTI Analysis of MB expenses | | | |
| 122 | 2003 Income Tax Return for RR | | | |
| 123 | Trans Union Credit Report for RR | | | |
| 124 | Credit Report for RR | | | |
| 125 | Equifax Credit Report dated 3/19/04 for RR | | | |
| 126 | DD 214 Form for RR | | | |
| 127 | Air Force OER's - Evaluations for RR | | | |
| 128 | Air Force - Appointment as Special Assistant US Attorney for RR | | | |
| 129 | College Transcripts for RR | | | |
| 130 | Picture of Harvey Anderson, Jr. | | | |
| 131 | Letter dated 6/14/05 re: Legal fees of Mildred Tucker | | | |
| 132 | Backed Up Files Disc Information dated 8/31/04 | | | |
| 133 | Notes on Annie Johnson, etc. | | | |
| 134 | FBI Search Warrant Photographs | | | |
| 135 | Photographs of MB's Neighborhood | | | |
| 136 | Photographs of HMG's Birthday Luncheon | | | |
| 137 | Photographs of HMG's Neighborhood | | | |
| 138 | Photographs of RR's home office | | | |

| 139 | Correspondence from Bar Counsel file for HMG | | | |
|---|---|---|---|---|

Respectfully submitted,

THOMPSON O'DONNELL, LLP


//s// J. Michael Hannon //s//
J. Michael Hannon, #352526
1212 New York Avenue, NW
Suite 1000
Washington, DC 20005
(202) 289-1133
(202) 289-0275 (facsimile)
jmh@tomnh.com

Charles I. Cate, Attorney at Law


//s// Charles I. Cate //s//
Charles I. Cate, #969360
2009 14th Street North
Arlington, VA 22201
(703) 5222112
(703) 5225201 (facsimile)
chascate@msn.com

*Attorneys for Defendant Reginald Jerome Rogers*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Exhibit List was sent via electronic filing this 28th day of March, 2006, to:

John D. Griffith
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
  FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, N.W.
Washington, D.C.  20530


                                                //s// J. Michael Hannon //s//
                                                J. Michael Hannon