UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 05-292 (RWR) |
| | : |
| REGINALD J. ROGERS | : |
| | : |
| Defendant. | : |

### DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

Defendant Reginald J. Rogers, by and through his counsel THOMPSON O'DONNELL, LLP and Charles I. Cate, hereby respectfully submits the following proposed voir dire questions.

Defendant requests that the Court follow-up with jurors with positive responses.

1. Has any member of the panel or a close friend or family member ever given or accepted a power of attorney to or from another person?

2. Has any member of the panel or a close friend or relative ever served in the armed forces?

3. Does any member of the panel or a close friend or relative have a child who is disabled?

4. Has any member of the panel ever filed a complaint against an attorney?

THOMPSON O'DONNELL, LLP

//s// J. Michael Hannon //s//
J. Michael Hannon, #352526
1212 New York Avenue, N.W.
Suite 1000
Washington, DC 20005-3987
(202) 289-1133
(202) 289-0275 (facsimile)
jmh@tomnh.com

Charles I. Cate, Attorney at Law

//s// Charles I. Cate //s//
Charles I. Cate, #969360
2009 14th Street North
Arlington, VA 22201
(703) 522-2112
(703) 522-5201 (facsimile)
chascate@msn.com

Attorneys for Reginald J. Rogers

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Witness List of Reginald Rogers was sent via electronic filing this 28th day of March, 2006, to

John D. Griffith
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C. 20530

//s// J. Michael Hannon //s//
J. Michael Hannon