## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 05-292 (RWR) |
| REGINALD J. ROGERS | : |
| Defendant | : |

### PARTIES' PROPOSED VOIR DIRE QUESTIONS

Plaintiff, United States of America, and defendant Reginald J. Rogers, by and through their attorneys, hereby submit the following proposed set of voir dire questions:

1.    Mr. Rogers is charged with the federal crime of mail fraud. These charges are alleged to relate to Mr. Roger's activities as an attorney, licensed to practice in the District of Columbia. The charges alleges that Mr. Rogers devised and carried out a scheme to defraud his clients and their estates by fraudulently obtaining their money and property through various means including false pretenses, representations and promises and omissions of material fact, that he would act as their representative for payment of their personal expenses and would preserve their retirement savings from loss.

Mr. Rogers practices law as a sole practitioner. He denies the allegations and contends that he acted at all times in good faith to serve the needs of his elderly clients. Mr. Rogers contends that he never improperly benefitted from the work he did for his clients.

2.    Does any member of the panel know anything about this case? If yes, explain.

3.    The Assistant U.S. Attorney in this case is John Griffith. Do any of you know Mr. Griffith or have you ever served on a jury or a grand jury in a case in which he was the government's lawyer?

4.  The defendant in this case is Reginald J. Rogers who practices law from his home in Bowie, Maryland. Mr. Rogers is represented by his attorneys, J. Michael Hannon, a partner in the Washington D.C. law firm of Thompson, O'Donnell, LLP and Charles I. Cate, also a Washington, D.C. lawyer. Does anyone know or recognize Mr. Rogers or his counsel?

5.  The following persons may be witnesses in this case or their activities may be the subject of testimony by others in this case: [Please refer to Government's and Defendant's Lists of Proposed Witnesses].

   a. Does anyone recognize any of these potential witnesses? If yes, explain how.

7.  The Federal Bureau of Investigation ("FBI") is responsible for investigating crimes which involve mail fraud. In this case, one or more FBI Agents may be called as witnesses. Has anyone had any dealings with members of the FBI? Please describe. Would any of you be inclined to give either greater or lesser weight to the testimony of these agents simply because he or she is a law enforcement official affiliated with these agencies?

8.  Has any member of the panel or a close friend or family member ever cared for an elderly friend or relative?

9.  Has any member of the panel or a close friend had a relative who entered a nursing home or assisted living facility?

10. Has any member of the panel ever been employed to care for elderly or disabled persons?

11. Has any member of the panel or a close friend or family member ever acted as an executor, personal representative or administrator of an estate?

12. Has any member of the panel or a close friend or family member ever been appointed or served as a guardian?

13. Does any member of the panel belong to, provide services to, or make financial contributions any charitable organizations that provide care for the elderly?

14. Does any member of the panel belong to any fraternal, social, or religious organizations that provide care for the elderly?

15. Has any member of the panel or a close friend or family member worked for or been associated with Adult Protective Services?

16. Is any member of the panel or a close friend related to a person who is disabled?

17. Has any member of the panel or a close friend or family member ever worked in a bank, credit union or other financial institution?

18. Has any member of the panel or a close friend or family member ever owned their own business?

19. Have any members of the panel, or any of your close friends or relatives, either studied law or received legal training?

20. Have any members of the panel, or any of your close friends or relatives, ever worked for a lawyer or a law firm in any capacity, including for example as a legal assistant or investigator?

    a. If so, what areas of law have you or they practiced, studied, or received training in?

    b. Would this experience affect your ability to follow the judge's instructions of law?

21. Has any member of the panel or a close friend or family member had signature authority over the bank account of another person?

22. Has any member of the panel ever studied or worked in the fields of bookkeeping or accounting?

23. Has any member of the panel ever retained an attorney for any reason?

24. Has any member of the panel or a close friend or family relative ever had a dispute with an attorney over a fee?

25. Does any member of the panel have any knowledge of or experience with the disciplinary procedures that various jurisdictions, including the District of Columbia, follow for discipline of attorneys?

26. Are any members of the jury panel, or your relatives or close friends, currently employed or have been previously employed by a law enforcement agency, such as, the FBI, the U.S. Secret Service, the D.C. Corporation Counsel, the Metropolitan Police Department, or the U.S. Attorney's Office?

a. If so, in what capacity?

b. Would your employment or that of a friend or relative affect your ability to render a fair and impartial verdict?

27. Have any members of the panel ever served on a jury before? If so, when, what type of case, and what was the outcome? Was there anything about your prior jury experience that would lead you to feel more favorable to one side or the other in this case?

28. Have any members of the panel ever served on a grand jury before? If so, when, what types of cases? Was there anything about your prior grand jury experience that would lead you to feel more favorable to one side or the other in this case?

29. Has any member of the panel, or a close friend or relative, been a plaintiff or a defendant in any civil court case? If so, what type of case? When and where? What was the outcome?

30. This case will involve the use of a number of business records. Is there any member of the panel who believes that they might have difficulty understanding or concentrating on this type of evidence?

31. Has any juror or any relative, associate, or close friend ever been the subject of any investigation or accusation by the FBI? If so, when, what type of matter, and what was the outcome?

32. Has any member of the panel or a close relative ever worked for the Internal Revenue Service or been involved in any way in a tax audit.?

33. The defendant in a criminal case is presumed to be innocent. The government has the burden of proving the defendant guilty beyond a reasonable doubt. That burden does not shift throughout the trial. The defendant has no obligation to testify in his own behalf or call witnesses or put on a defense. Is there any member of jury panel that has any difficulty understanding and applying these rules? If yes, explain.

34. There are two types of evidence, direct evidence and circumstantial evidence. The law makes no distinction between the weight you should give either kind of evidence, nor does circumstantial evidence require a greater degree of certainty than direct evidence. Is there any member of jury panel that has any difficulty understanding and applying this rule? If yes, explain.

35. Has any member of the panel, or a close friend or relative, been a witness to a crime, a victim of a crime, or accused of or charged with a crime? If yes, explain.

    a. Has any member of the panel, or a close friend or relative, ever been the victim of or accused of or charged with a crime such as the one alleged here?

    b. Has any member of the panel, or any of your close friends or relatives, ever been accused of or disciplined for theft or dishonesty related to their job?  If so, explain at bench.

    36.    I expect that this case will take approximately ten days to try.  Does anyone have any pressing commitment that would make sitting on this jury an extreme hardship?  Does anyone have any type of medical problem that would make sitting on this jury an extreme hardship?

    37.    Does any member of the panel have any moral, religious, or other beliefs that would make it difficult for you to pass judgment on another human being in this case?

    38.    Is there any member of the panel who, for any reason, believes that they could not participate in jury deliberations and render a fair and impartial verdict in this case?

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR #451058

_____

JOHN D. GRIFFITH
ASSISTANT U.S. ATTORNEY
Fraud & Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-2453

_____

J. MICHAEL HANNON
Thompson, O'Donnell, LLP
1212 New York Avenue, NW, Ste. 1000
Washington, DC 20005
(202) 289-1133