UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 05-292 (RWR) |
| | : |
| REGINALD J. ROGERS, | : |
| | : |
| Defendant | : |

**PARTIES' JOINT PROPOSED JURY VERDICT FORM**

The parties hereby submit the following proposed jury verdict form.

**COUNT 1 (MAIL FRAUD):**

As to count 1 of the grand jury indictment, charging defendant Reginald J. Rogers, with mail fraud, we, the members of the jury, do hereby find the defendant Reginald J. Rogers:

_____GUILTY                    _____NOT GUILTY

**COUNT 2 (MAIL FRAUD):**

As to count 2 of the grand jury indictment, charging defendant Reginald J. Rogers, with mail fraud, we, the members of the jury, do hereby find the defendant Reginald J. Rogers:

_____GUILTY                    _____NOT GUILTY

**COUNT 3 (MAIL FRAUD):**

As to count 3 of the grand jury indictment, charging defendant Reginald J. Rogers, with mail fraud, we, the members of the jury, do hereby find the defendant Reginald J. Rogers:

_____GUILTY                    _____NOT GUILTY

**COUNT 4 (MAIL FRAUD):**

As to count 4 of the grand jury indictment, charging defendant Reginald J. Rogers, with mail fraud, we, the members of the jury, do hereby find the defendant Reginald J. Rogers:

_____GUILTY                _____NOT GUILTY

**COUNT 5 (MAIL FRAUD):**

As to count 5 of the grand jury indictment, charging defendant Reginald J. Rogers, with mail fraud, we, the members of the jury, do hereby find the defendant Reginald J. Rogers:

_____GUILTY                _____NOT GUILTY

**COUNT 6 (MAIL FRAUD):**

As to count 6 of the grand jury indictment, charging defendant Reginald J. Rogers, with mail fraud, we, the members of the jury, do hereby find the defendant Reginald J. Rogers:

_____GUILTY                _____NOT GUILTY

**COUNT 7 (MAIL FRAUD):**

As to count 7 of the grand jury indictment, charging defendant Reginald J. Rogers, with mail fraud, we, the members of the jury, do hereby find the defendant Reginald J. Rogers:

_____GUILTY                _____NOT GUILTY

**COUNT 8 (MAIL FRAUD):**

As to count 8 of the grand jury indictment, charging defendant Reginald J. Rogers, with mail fraud, we, the members of the jury, do hereby find the defendant Reginald J. Rogers:

_____GUILTY                _____NOT GUILTY

**COUNT 9 (MAIL FRAUD):**

As to count 9 of the grand jury indictment, charging defendant Reginald J. Rogers, with mail fraud, we, the members of the jury, do hereby find the defendant Reginald J. Rogers:

_____GUILTY              _____NOT GUILTY

**COUNT 10 (MAIL FRAUD):**

As to count 10 of the grand jury indictment, charging defendant Reginald J. Rogers, with mail fraud, we, the members of the jury, do hereby find the defendant Reginald J. Rogers:

_____GUILTY              _____NOT GUILTY

**COUNT 11 (MAIL FRAUD):**

As to count 11 of the grand jury indictment, charging defendant Reginald J. Rogers, with mail fraud, we, the members of the jury, do hereby find the defendant Reginald J. Rogers:

_____GUILTY              _____NOT GUILTY

**COUNT 12 (MAIL FRAUD):**

As to count 12 of the grand jury indictment, charging defendant Reginald J. Rogers, with mail fraud, we, the members of the jury, do hereby find the defendant Reginald J. Rogers:

_____GUILTY              _____NOT GUILTY

**COUNT 13 (MAIL FRAUD):**

As to count 13 of the grand jury indictment, charging defendant Reginald J. Rogers, with mail fraud, we, the members of the jury, do hereby find the defendant Reginald J. Rogers:

_____GUILTY             _____NOT GUILTY

_____
FOREPERSON/JUROR NO.

_____
DATE

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR #451058

_____
JOHN D. GRIFFITH
ASSISTANT U.S. ATTORNEY
Fraud & Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-2453

_____
J. MICHAEL HANNON
Thompson, O'Donnell, LLP
1212 New York Avenue, NW, Ste. 1000
Washington, DC 20005
(202) 289-1133