## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Criminal No. 05-292 (RWR)** |
| | : | |
| **REGINALD J. ROGERS,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S PROPOSED SPECIAL VERDICT FORM - FORFEITURE ALLEGATION

We, the jury, unanimously find by a preponderance of the evidence that **$513,928** constitutes, or is derived from proceeds traceable to the mail fraud scheme.

————————          ————————
YES                         NO

(If you answer YES to this question, do not complete the following section.  If you answer NO to this question, please proceed to the following section and fill in the amount.)

We, the jury, unanimously find by a preponderance of the evidence that **$_____** (fill in the amount that you find) constitutes, or is derived from proceeds traceable to the mail fraud scheme.

_____
FOREPERSON/JUROR NO.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR #451058

By:     _____
JOHN D. GRIFFITH
ASSISTANT U.S. ATTORNEY
Fraud & Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-2453