UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-292 (RWR) |
| ) | |
| REGINALD ROGERS, ) | |
| ) | |
| Defendant ) | |

## GOVERNMENT'S EXHBIT LIST

| exhibit | Description | Witness Name | Obj'n | Adm |
|---|---|---|---|---|
| 1 | Bank Records from SunTrust Bank (formerly Crestar Bank). Account in the name of Hattie Goode, Account # 860192555 (Bates range CREST-HG55-00001 through CREST-HG55-00003; CREST-HG55-000005; and CREST-HG55-00009 through CREST-HG55-00387) | | | |

| | | | | |
|---|---|---|---|---|
| 1-1 thru 1-34 | Individual pages of SunTrust Bank (formerly Crestar Bank) Records for the account in the name of Hattie Mae Goode, Account #860192555, Bates labeled as follows: CREST-HG55-00157 thru 00158;, CREST-HG55-00192; CREST-HG55-00209; CREST-HG55-00211; CREST-HG55-00214; CREST-HG55-00226; CREST-HG55-00228; CREST-HG55-00243; CREST-HG55-00256; CREST-HG55-00386; CREST-HG55-00385; CREST-HG55-00387; CREST-HG55-00255; CREST-HG55-00253; CREST-HG55-00254; CREST-HG55-00249; CREST-HG55-00302; CREST-HG55-00321; CREST-HG55-00316; CREST-HG55-00315; CREST-HG55-00250; CREST-HG55-00206; CREST-HG55-00213; CREST-HG55-00215; CREST-HG55-00217; CREST-HG55-00232; CREST-HG55-00249; CREST-HG55-00271; CREST-HG55-00280; CREST-HG55-00292; CREST-HG55-00312; CREST-HG55-00383; CREST-HG55-00226 | | | |
| 2 | SunTrust Bank (formerly Crestar Bank) Records, Account name Hattie Goode, Account # 0000880192563 Bates labeled CREST-HG63-00001 through CREST-HG63-00332 | | | |
| 2-1 thru 2-7 | Individual pages of SunTrust Bank (formerly Crestar Bank) Records for the account in the name of Hattie Goode, Account # 0000880192563, Bates labeled as follows: CREST-HG63-00087; CREST-HG63-00088; CREST-HG63-00170; CREST-HG63-00312; CREST-HG63-00216; CREST-HG63-00315; CREST-HG63-00220 | | | |
| 3 | Hattie Mae Goode United States Savings Bonds Bates labeled BONDS-000001 thru BONDS-000076 | | | |
| 3-1 thru 3-2 | Individual pages of Hattie Mae Goode United States Savings Bonds Records bates labeled as follows: BONDS-000049; BONDS-000036 | | | |
| 4 | SunTrust Bank (formerly Crestar Bank) Records for the account in the name of Minnie Beane, Account #4035 3600 0027 1444, Bates labeled SUN-NB-0000001 through SUN-MB-0000155 and Account # 0000899020240 Bates labeled SUN-MB-156 through SUN-MB-0000315 and SUN-MB-0000325 through SUN-MB-0000576 | | | |

| | | | | |
|---|---|---|---|---|
| 4-1 thru 4-5 | Individual pages of SunTrust Bank (formerly Crestar Bank) Records for accounts in the name of Minnie Beane, Bates labeled as follows: SUN-MB-0000394; SUN-MB-0000396; SUN-MB-0000425; SUN-MB-0000569; SUN-MB-0000279 | | | |
| 5 | PNC Bank (formerly Riggs Bank) Records for account in the name of Minnie Beane, Account # 03-394-093, Bates labeled RIGGS-MB-00001 through RIGGS-MB-00270 | | | |
| 5-1 thru 5-22 | Individual pages of PNC Bank (formerly Riggs Bank) Records for the account in the name of Minnie Beane, Bates labeled as follows: RIGGS-MN-00026; RIGGS-MB-00038; RIGGS-MB-00033; RIGGS-MB-00072; RIGGS-MB-00118; RIGGS-MB-00119; RIGGS-MB-00123; RIGGS-MB-00121; RIGGS-MB-00122; RIGGS-MB-00117; RIGGS-MB-00126; RIGGS-MB-00143; RIGGS-MB-00148; RIGGS-MB-00158; RIGGS-MB-00186; RIGGS-MB-00213; RIGGS-MB-00186; RIGGS-MB-00258; RIGGS-MB-00256; RIGGS-MB-00255; SUN-MB-0000157; RIGGS-MB-00127 | | | |

| | | | | |
|---|---|---|---|---|
| 6 | Wachovia Bank (formerly First Union Bank) Records for the accounts bates labeled and in the names of WAV-RRFR94-00001 through WAV-RRFR94-01217 (Reginald Rogers and Francesse Rogers, Account # 4371181094); WAV-RR-00001 through WAV-RR-00644 (Reginald Rogers, Account # 4370574217); WAV-DLRR-000001 through WAV-DLRR-000203 ( Danzel Lewis, POA/Reginald Rogers, Account # 1010052146024); WAV-FRKRR-00001 through WAV-FRKRR-00248 (Franklin Rogers and Reginald Rogers, Account # 1010050805176); WAV-NRRR05-00001 through WAV-NRRR05-00026 (Naomi Rogers and Reginald Rogers, Account # 1010047797705); WAV-NRRR84-00001 through WAV-NRRR84-00021 (Naomi Rogers and Reginald Rogers, Account #3000030955384); WAV-RRFR56-00001 through WAV-RRFR56-00373 (Reginald Rogers and Francesse Rogers, Account #101094027156); WAV-SRRR-00001 through WAV-SRRR-00096 (Samuel John Harry Rogers and Reginald Rogers, Account #1010088399395); FU-JKWW84-00001 through FU-JKWW84-00078 (Julia K. Wooten and Willie Wooten, Account # 3031402694284); FU-JKWW95-00001 through FU-JKWW95-00092 (Julia K. Wooten and Willie Wooten, Account #1010053227395) and FU-DL-00001 through FU-DL-00213 | | | |

| | | | | |
|---|---|---|---|---|
| 6-1 thru 6-30 | Wachovia Bank (formerly First Union Bank) Records for the accounts in the names of Reginald Rogers and Francesse Rogers, Danzel Lewis, POA/Reginald Rogers, Franklin Rogers and Reginald Rogers, Naomi Rogers and Reginald Rogers, Samuel John Harry Rogers and Reginald Rogers, Julia K. Wooten and Willie Wooten, bates labeled as follows: FU-DL-00090; FU-DL-00089; FU-DL-00091; FU-DL-00094; FU-DL-00097; FU-DL-00106; FU-DL-00104; FU-DL-00105; FU-DL-00120; FU-DL-00133; FU-DL-00152; FU-DL-00153; FU-DL-00165; FU-DL-00164; FU-DL-00185; FU-DL-00184; FU-DL-00190; FU-DL-00189; FU-DL-00099; FU-DL-00100; FU-DL-00103; FU-DL-00106; FU-DL-00107; FU-DL-00135; FU-DL-00137; FU-DL-00138; FU-DL-00157; FU-DL-00159; FU-DL-00163; FU-DL-00168; | | | |
| 7 | Bank of America Records for account in the names of BOA-JH-00001 through BOA-JH-00318 (Account Name John Henderson, Account #003930537941) | | | |
| 7-1 thru 7-18 | Bank of America Records for account in the name of John Henderson, Bates labeled as follows: BOA-JH-00121; BOA-JH-00120; BOA-JH-00130; BOA-JH-00128; BOA-JH-00204; BOA-JH-00205; BOA-JH-00206; BOA-JH-00212; BOA-JH-00261; BOA-JH-00260; BOA-JH-00269; BOA-JH-00268; BOA-JH-00294; BOA-JH-00297; BOA-JH-00295; BOA-JH-00302; BOA-JH-00301; BOA-JH-00048 | | | |
| 8 | Wachovia Bank (formerly First Union Bank) Records for the accounts bates labeled and in the names of FU-JKWW95-00001 through FU-JKWW95-00092 (Julia K. Wooten and Willie Wooten, Account #1010053227395) | | | |
| 8-1 thru 8-2 | Individual pages of Wachovia Bank (formerly First Union Bank) Records for the accounts bates labeled and in the names of Julia K. Wooten and Willie Wooten, bates labeled as follows: FU-JKWW95-00086; FU-JKWW95-00086 | | | |
| 9 | Bank of America Records for account in the name of BOA-BJ-00001 through BOA-BJ-00039 (Account Name Beryl Brady Jones, Account #3932831593) | | | |

| | | | | |
|---|---|---|---|---|
| 9-1 thru 9-2 | Individual pages of Bank of America Records for account in the name of Beryl Brady Jones, Bates labeled as follows: BOA-BJ-00009; BOA-BJ-00011 | | | |
| 10 | Wachovia Bank (formerly First Union Bank) Records for the accounts bates labeled and in the names of WAV-RRFR94-00001 through WAV-RRFR94-01217 (Reginald Rogers and Francesse Rogers, Account # 4371181094) | | | |
| 10-1 thru 10-9 | Individual pages of Wachovia Bank (formerly First Union Bank) Records for the accounts bates labeled and in the names of Reginald Rogers and Francesse Rogers, bates labeled as follows: WAV-RRFR94-00368; WAV-RRFR94-00370; WAV-RRFR94-00713; WAV-RRFR94-00712; WAV-RRFR94-00698; WAV-RRFR94-00699; WAV-RRFR94-00700; WAV-RRFR94-00704; WAV-RRFR94-00733; | | | |
| 11 | Wachovia Bank (formerly First Union Bank) Records for the accounts bates labeled and in the names of WAV-RR-00001 through WAV-RR-00644 (Reginald Rogers, Account # 4370574217) | | | |
| 11-1 thru 11-14 | Individual pages of Wachovia Bank (formerly First Union Bank) Records for the accounts bates labeled and in the name of Reginald Rogers, bates labeled as follows: WAV-RR-00346; WAV-RR-00347; WAV-RR-00362; WAV-RR-00401; WAV-RR-00483; WAV-RR-00484; WAV-RR-00482; WAV-RR-00521; WAV-RR-00518; WAV-RR-00519; WAV-RR-00520; WAV-RR-00506; WAV-RR-00507; WAV-RR-00606 | | | |
| 12 | BB&T Bank Records | | | |
| 12-1 thru 12- | Individual pages of BB&T Bank records | | | |
| 13 | Wachovia Bank (formerly First Union Bank) records | | | |
| 13-1 thru 13- | Individual pages of Wachovia Bank (formerly First Union Bank) records | | | |
| 14 | American Express Bank Records for accounts in the name of AMEX-SR-00001 through AMEX-SR-00255 (Account Name Samuel Rogers, Account #3715-334159-11008) | | | |

| | | | | |
|---|---|---|---|---|
| 14-1 thru 14-21 | Individual Statements of American Express Bank Records for accounts in the name of Samuel Rogers, Bates labeled as follows: AMEX-SR-00001 thru AMEX-SR-00006; AMEX-SR-00007 thru AMEX-SR-00014; AMEX-SR-00015 thru AMEX-SR-00018; AMEX-SR-00019 thru AMEX-SR-00023; AMEX-SR-00024 thru AMEX-SR-00028; AMEX-SR-00075 thru AMEX-SR-00080; AMEX-SR-00081 thru AMEX-SR-00087; AMEX-SR-00088 thru AMEX-SR-00091; AMEX-SR-00092 thru AMEX-SR-00094; AMEX-SR-00095 thru AMEX-SR-00103; AMEX-SR-00104 thru AMEX-SR-00110; AMEX-SR-00111 thru AMEX-SR-00115; AMEX-SR-00116 thru AMEX-SR-00124; AMEX-SR-00125 thru AMEX-SR-00129; AMEX-SR-00152 thru AMEX-SR-00161; AMEX-SR-00162 thru AMEX-SR-00170; AMEX-SR-00171 thru AMEX-SR-00178; AMEX-SR-00179 thru AMEX-SR-00186; AMEX-SR-00187 thru AMEX-SR-00196; AMEX-SR-00202 thru AMEX-SR-00209; AMEX-SR-00210 thru AMEX-SR-00219 | | | |
| 15 | Direct Merchants Bank records | | | |
| 15-1 | | | | |
| 16 | 11/17/03 letter, check and envelope from Reginald Rogers to Agnes Gay | | | |
| 17 | 11/25/03 signed statement of Reginald Rogers | | | |
| 17-1 | Typed version of 11/25/03 signed statement of Reginald Rogers | | | |
| 18 | Durable General Power of Attorney for Hattie Mae Goode, 2/24/00 SW | | | |
| 18-1 | General Power of Attorney for Hattie Mae Goode, August, 1998 SW | | | |
| 18-2 | Declaration of Trust for Hattie Mae Goode, 5/17/00 SW | | | |
| 18-3 | Durable General Power of Attorney for Hattie Mae Goode, 10/8/03 SW | | | |
| 18-4 | 10/6/03 letter from Hattie Mae Goode to Reginald Rogers SW | | | |
| 18-5 | 10/8/03 letter and envelope from Hattie Mae Goode to Reginald Rogers SW | | | |
| 18-6 | Declaration of Trust for Hattie Mae Goode, 5/17/00 | | | |

| | | | | |
|---|---|---|---|---|
| 18-7 | Durable General Power of Attorney for Hattie Mae Goode, 2/24/00 | | | |
| 18-8 | Durable General Power of Attorney for Hattie Mae Goode, 10/8/03 | | | |
| 18-9 | 10/6/03 letter from Hattie Mae Goode to Reginald Rogers | | | |
| 18-10 | 10/8/03 letter from Hattie Mae Goode to Reginald Rogers | | | |
| 18-11 | 11/19/03 letter from Hattie Mae Goode to Reginald Rogers | | | |
| 19 | Durable General Power of Attorney for Minnie Beane, 2/21/02 SW | | | |
| 20 | Will of Minnie Beane SW | | | |
| 21 | Filed Will of Minnie Beane | | | |
| 22 | Century Title Records for settlement of Minnie Beane residence 1209 42nd Place, NE | | | |
| 23 | Jackson National Life Insurance Co. records for Minnie Beane policy | | | |
| 24 | Cingular Wireless toll records for 202-674-1938 | | | |
| 25 | Check Nos, 77656 and 76582 from Byron L. Huffman escrow account for settlement on 1272 Owen Place, NE | | | |
| 26 | Settlement sheet for settlement on 1272 Owen Place, NE | | | |
| 27 | Prince George's County Register of Wills records for Estate of John V. Henderson | | | |
| 28 | Prince George's County Register of Wills records for Estate of Ophelia E. Williams | | | |
| 29 | Estate records for Beryl Brady Jones | | | |
| 30 | Estate records for Felicia Brady | | | |
| 31 | Blank First Union Bank checks for Julia Wooten SW | | | |
| 32 | Durable Power of Attorney for Julia Wooten | | | |
| 33 | Records regarding the Estate of Paralee McCree | | | |
| 34 | Correspondence to Reginald Rogers from Deborah Smith and Ed Thompson SW | | | |
| 35-1 | Computer printout of 2002 tax return of Hattie M. Goode SW | | | |
| 35-2 | Computer printout of 2002 tax return of Minnie F. Beane SW | | | |
| 35-3 | Computer printout of 2003 tax return of Minnie F. Beane SW | | | |
| 35-4 | Computer printout of 2002 tax return of Danzel W. Lewis SW | | | |

| | | | | |
|---|---|---|---|---|
| 35-5 | Computer printout of 2002 tax return of Danzel W. Lewis SW | | | |
| 35-6 | Copy of 1999 tax return of Hattie M. Goode SW | | | |
| 35-7 | Copy of 2000 tax return of Hattie M. Goode SW | | | |
| 35-8 | Copy of 2001 tax return of Hattie M. Goode SW | | | |
| 35-9 | Copy of 2002 tax return of Hattie M. Goode SW | | | |
| 36 | Certified copy of deed for 911 Booker Drive, Capital Heights, MD | | | |
| 37 | Fairbanks Capital Mortgage Records for 11907 Frost Drive, Bowie, MD | | | |
| 38 | Maryland Code, Estates and Trusts, Sections 7-501, 7-601, 7-602, 7-603, 7-604 and 8-105 | | | |
| 39 | Wachovia Bank account records for Franklin Rogers | | | |
| 40 | Federal Tax Records for Reginald Rogers | | | |
| 41 | 9/17/02 letter from DC Office of Bar Counsel to Reginald Rogers (redacted) | | | |
| 42 | Affidavit of Service | | | |
| 43 | 8/23/03 letter from DC Office of Bar Counsel to Reginald Rogers (redacted) | | | |
| 44 | Certified mail return receipt | | | |
| 45 | DC Rules of Professional Conduct 1.3, 1.4, 1.5, 1.8, 1.15 and 8.4 | | | |
| 46 | Hattie Mae Goode's Savings Bonds Records | | | |
| c-1 | Detailed list of checks negotiated by Reginald Rogers from Hattie Mae Goode's bank accounts | | | |
| c-2 | List of deposits into Hattie Mae Goode's Accounts | | | |
| c-3 | List of Hattie Mae Goode's U.S. Savings Bonds cashed by Reginald Rogers | | | |
| c-4 | Graph of Hattie Mae Goode's bank account history from 6/14/00 thru 10/7/03 | | | |
| c-5 | Detailed list of checks negotiated by Reginald Rogers from Minnie Beane's accounts | | | |
| c-6 | Graph of Minnie Beane's bank account history from 1/4/02 thru 12/12/03 | | | |
| c-7 | Expenditure of reverse mortgage proceeds by Reginald Rogers from Minnie Beane's accounts | | | |
| c-8 | Expenditure of Jackson National Life Insurance proceeds by Reginald Rogers from Minnie Beane's accounts | | | |
| c-9 | Detailed list of checks negotiated by Reginald Rogers from Danzel Lewis' bank account | | | |
| c-10 | List of Deposits into Danzel Lewis' bank account | | | |

| c-11 | Use of Danzel Lewis' money to cover overdrafts in Rogers' accounts | | | |
| c-12 | Detailed list of checks negotiated by Reginald Rogers from John Henderson's accounts | | | |
| c-13 | List of Deposits into John Henderson's accounts | | | |
| c-14 | Payments to Reginald Rogers' American Express Cards from client's accounts | | | |
| c-15 | Payment to DarCars Ford | | | |
| c-16 | Use of client's money to fund purchase Pauline Harvey's house | | | |
| c-17 | Funds removed by Reginald Rogers from clients' accounts | | | |
| c-18 | Select transaction for source of $45,315.96 payment to Joan Johnson | | | |
| c-19 | Select transaction from sale of 4108 Grant St., NE Washington, DC | | | |

Respectfully submitted

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR # 24647


By: _____
JOHN GRIFFITH
Assistant United States Attorney
555 4th Street, N.W., 5th Floor
Washington, DC  20530
202-353-2453