UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:05-cr-00292-RWR-ALL |
| v. : | |
| : | |
| REGINALD JEROME ROGERS, : | |
| : | |
| Defendant. : | |

**DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL DATE**

Reginald J. Rogers, through his attorneys THOMPSON O'DONNELL, LLP, and Charles I. Cate, respectfully requests that the trial of this matter scheduled for April 6, 2006, be continued to July 6, 2006. In support of this motion, Mr. Rogers presents the following:

1. Undersigned counsel entered their appearance on behalf of Mr. Rogers on February 22, 2006.

2. This case involves over 20 witnesses and thousands of pages of documents on the government's side of the case.

3. Counsel for Mr. Rogers have ascertained that they may present over 30 witnesses on behalf of Mr. Rogers and that the defense case will last 5 days.

4. At a status hearing convened by the Court on March 27, 2006, the parties learned that the Court could not accommodate the time period required for the trial of this case on the date previously set for trial of April 6, 2006. That was so because it was previously believed that the defense case would take no longer than 2 days.

5. At the status hearing, the Court identified the date of July 6, 2006, as a date on which the Court will have available at least 11 days for the trial of this matter.

6. Mr. Reginald J. Rogers has waived the time necessary to continue this case under the Speedy Trial Act as evidenced by his Declaration attached as Exhibit A.

7. A continuance is justified in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, Mr. Rogers requests that the Court continue the trial of this matter to July 6, 2006.

Respectfully submitted,

THOMPSON O'DONNELL, LLP


_____*//s// J. Michael Hannon*_____
J. Michael Hannon, #352526
1212 New York Avenue, NW
Suite 1000
Washington, DC 20005
(202) 289-1133
(202) 289-0275 (facsimile)
jmh@tomnh.com


Charles I. Cate, Attorney at Law


_____*//s// Charles I. Cate*_____
Charles I. Cate, #969360
2009 14th Street North
Arlington, VA 22201
(703) 522-2112
(703) 522-5201 (facsimile)
chascate@msn.com

*Attorneys for Defendant Reginald Jerome Rogers*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL DATE** was sent via electronic filing this 31st day of 2006, to:

John D. Griffith
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-2304 Facsimile

                                             _//s// J. Michael Hannon_
                                             J. Michael Hannon