# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :
                             : Case No. 1:05-cr-00292 (RWR)
v.                           :
                             :
REGINALD JEROME ROGERS,      :
                             :
    Defendant.               :

### DEFENDANT'S WAIVER OF SPEEDY TRIAL RIGHTS

I, REGINALD J. ROGERS, hereby state to the Court that I have been advised by my attorney of my rights under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. and the Speedy Trial Plan of the United States District Court adopted by this Court, and have further been advised by my attorney that I am entitled to a trial within 70 days of the date I first appeared in this Court or within 70 days which are not otherwise excluded under the Speedy Trial Act, and that I may have my case tried in that time period if I desire, I hereby consent to having my case continued for trial until July 6, 2006, and in so doing, waive any rights I may have under the Speedy Trial Act and the Speedy Trial Plan for this Court for the time period between the date of this declaration and the date set for my trial, or for such other time as my counsel my agree to before the Court.

I HEREBY DECLARE this 30th day of March, 2006, under the penalties of perjury of the United States of America that this Waiver is true and correct and entered into of my own free will after having been fully advised by my attorney.

_____
REGINALD J. ROGERS

I have explained this Waiver to my client, and I am satisfied that he understands it and is voluntarily waiving his rights as set forth above.

ATTORNEY FOR REGINALD J. ROGERS: _____
J. Michael Hannon