## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :   Case No. 1:05-cr-00292-RWR-ALL
          v.                      :
                                  :
REGINALD JEROME ROGERS,           :
                                  :
          Defendant.              :

### O R D E R

Upon consideration of Defendant's Motion for a Continuance of the Trial Date, the

Declaration of Reginald J. Rogers waiving time under the Speedy Trial Act that accompanied the

motion, the representations made in Court by counsel on March 27, 2006, and the record in this

case, the Court finds that the ends of justice served by granting a continuance outweigh the best

interests of the public and the defendant in a speedy trial.

**WHEREFORE**, it is, by the Court, this _____ day of _____, 2006,

**ORDERED** that the Motion be and hereby is **GRANTED**; and it is further

**ORDERED** that the trial of this matter shall be continued to July 6, 2006; and it is

further

**ORDERED** that Reginald J. Rogers shall appear on that date before this Court for trial.

He shall continue on his current conditions of release.

**SO ORDERED.**

_____

RICHARD W. ROBERTS,
District Judge

Copies to:

J. Michael Hannon, Esq.
THOMPSON O'DONNELL, LLP
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C.  20005

Charles I. Cate, Esq.
2009 14th Street North
Arlington, VA 22201

John D. Griffith, Esq.
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C.  20530