UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case #1:05-cr-00292 RWR |
| v. : | |
| : | |
| REGINALD JEROME ROGERS, : | |
| : | |
| Defendant. : | |

## PRAECIPE

The Clerk of the Court shall please note the following change of firm name and address for J. Michael Hannon, counsel to Defendant Reginald J. Rogers:

J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009
(202) 232-1907
(202) 232-3704 Facsimile
jhannon@hannonlawgroup.com

        Respectfully submitted,

        HANNON LAW GROUP, LLP

        _____
        J. Michael Hannon, #352526
        1901 18th Street, N.W.
        Washington, D.C. 20009
        (202) 232-1907
        (202) 232-3704 Facsimile
        jhannon@hannonlawgroup.com

        Attorney for Reginald J. Rogers

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Praecipe was sent by electronic transmission this 28th day of April, 2006, to:

John D. Griffith
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-2304 Facsimile

_____
J. Michael Hannon