**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case #1:05-cr-00292 RWR |
| v. : | |
| : | |
| REGINALD JEROME ROGERS, : | |
| : | |
| Defendant. : | |

**CONSENTED MOTION TO PERMIT DEFENDANT OUT-OF-TOWN TRAVEL**

The Defendant Reginald J. Rogers learned this week that his 77 year-old uncle in Prentiss, Mississippi, is contemplating a serious surgical procedure recommended to him. The uncle has requested Mr. Rogers to be with him this weekend to discuss this and other family issues. The uncle has multiple health problems including cancer. With the Court's permission, Mr. Rogers would like to travel to Mississippi either this evening or tomorrow morning, returning to this area on Monday.

Assistant United States Attorney John D. Griffith has authorized the undersigned to represent that he consents to the relief sought.

WHEREFORE, Defendant Reginald J. Rogers requests that the Court modify his conditions of release to permit this travel.

Respectfully submitted,

HANNON LAW GROUP, LLP


//s// J. Michael Hannon //s//
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, D.C. 20009
(202) 232-1907

Attorney for Reginald J. Rogers

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Consented Motion and Order were sent by electronic transmission this 5th day of May, 2006, to:

John D. Griffith
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-2304 Facsimile

                                      //s// J. Michael Hannon //s//
                                      J. Michael Hannon