## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. 1:05-cr-00292-RWR-ALL |
| v. | : |
| | : |
| REGINALD JEROME ROGERS, | : |
| | : |
| Defendant. | : |

## **O R D E R**

Upon consideration of Defendant's Consented Motion to Permit Out-of-Town Travel for the purpose of Defendant to attend to the affairs of his uncle in Prentiss, Mississippi, it is, by the Court, this 5th day of May, 2006,

**ORDERED** that the Motion be and hereby is **GRANTED**; and it is further

**ORDERED** that the conditions of Mr. Rogers release are modified to permit him to travel beginning on or about May 5, 2006, to Prentiss, Mississippi, returning to this area on Monday, May 8, 2006.

**SO ORDERED.**

_____
RICHARD W. ROBERTS,
District Judge

Copies to:

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

Charles I. Cate, Esq.
2009 14th Street North
Arlington, VA 22201

John D. Griffith, Esq.
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C. 20530