UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 05-0292 (AK) |
| | : | |
| **REGINALD ROGERS,** | : | |
| | : | |
| | : | |
| Defendant. | | |

## NOTICE OF ASSIGNMENT AND APPEARANCE AS CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is currently assigned to John D. Griffith. This is a notice that Assistant United States Attorney Diane G. Lucas, D.C. Bar Number 443610, telephone number (202) 514-8097, is entering appearance as co-counsel in this same matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
DIANE G. LUCAS
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar No. 443610
555 4th Street, N.W., Room 5921
Washington, DC 20530
(202) 514-8097

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of May, 2006, that a copy of the foregoing Notice of Assignment and Appearance As Co-Counsel was served by electronic mail to Charles Ignatius Cate and J. Michael Hannon, counsels for the defendant.

_____
DIANE G. LUCAS
ASSISTANT UNITED STATES ATTORNEY