**EXHIBIT 2**



**U.S. Department of Justice**

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

August 19, 2005

Tony L. Axam
Assistant Federal Defender
Federal Public Defender's Office
625 Indiana Avenue, N.W.
Washington, D.C. 20004

    Re: <u>United States v. Reginald Jerome Rogers, Crim. No. 05-cr-00292 RWR</u>

Dear Mr. Axam:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the Government hereby provides discovery materials to defense counsel in the above-captioned criminal matter. These include materials which are currently in the possession of the Government and may be 1) used by the United States in its case-in-chief at trial; 2) material to the defense; 3) were obtained from or belong to the Defendant; and/or 4) are otherwise discoverable under Rule 16.

### I. **Rule 16(a)(1)(A) Defendant's Oral Statements**

    As you know, on June 30, 2004, you were provided with a copy of the FBI Form 302 Report of the November 25, 2003 Interview of Reginald J. Rogers. Another copy of that Form 302 is enclosed (12 pages).

### II. **Rule 16(a)(1)(B) Defendant's Written or Recorded Statement**

    Enclosed is the November 25, 2003 written statement of Reginald J. Rogers (3 pages). This statement was previously provided to you on June 16, 2004.

### III. **Rule 16(a)(1)(C)- Organizational Defendant**

    Since this case does not involve an organizational defendant, there are no applicable discovery materials to provide.

### IV. Rule 16(a)(1)(D)- Defendant's Prior Record

The defendant has no known prior criminal record.

### V. Rule 16(a)(1)(E)- Documents and Objects

The government possesses materials that fall within the scope of Rule 16(a)(1)(E). These materials include, but are not limited to records from financial institutions, telephone providers, settlement attorneys and companies, credit card companies, a life insurance company, the DC Bar the Orphans' Court of Prince George's County and the D.C. Superior Court, Probate Division. These materials are further described in the attached Rogers Evidence inventory. The materials in question are currently at the FBI office at the South Tower, 7799 Leesburg Pike, Falls Church, VA, under the custody and control of Special Agent John Cotter. These documents and objects are available for your inspection and copying during normal working hours, i.e., 9:00 a.m. through 5:00 p.m., by making an appointment with Agent Cotter at (703) 762-3316.

In addition, as you know, a search warrant was executed at the defendant's home office on Monday, August 8, 2005. AUSA Virginia Cheatham has been assigned to review the materials seized in the search to determine whether any such materials are privileged. It is my understanding that on August 15, 2005, AUSA Cheatham sent you a copy of the search warrant inventory. Please contact AUSA Cheatham at 202-514-9732 with questions relating to the search warrant materials.

#### a. Possible Exhibits

Enclosed are copies of documents that the government currently believes may be introduced as exhibits at the trial in this matter. These documents are further described in the enclosed Preliminary Exhibit List and have been copied from the above-referenced discovery materials available for your inspection and copying. We expect to supplement these materials in the future and will timely provide you will such supplementary materials.

On June 30, 2004, we forwarded to you draft copies of quicken spreadsheets summarizing the data from bank records. The Government expects to use a final version of these and/or similar summary exhibits and charts at trial pursuant to Fed. R. Evid. 1006. We will insure that you have these charts in advance of trial and we will identify the underlying documents and their admissibility.

We plan to introduce business records pursuant to Fed. R. Evid. 902(11). Custodian declarations are contained in the subpoenaed materials and additional declarations will be obtained as needed and will be provided with followup discovery. We will file formal notice with the court.

### VI. Rule 16(a)(1)(F)- Reports of Examination and Tests

To date, the government has not preformed any examinations or tests as contemplated by Rule 16(a)(1)(F).

### VII. Rule 16(a)(1)(G)- Expert Witnesses

At present, the government has no plans to call any expert witnesses. Should this change, we will promptly notify you of that fact and provide a CV and summary of the expert's testimony as required by the rule.

### VIII. FRE 404(b) Evidence

The government may seek to introduce Rule 404(b) evidence at trial, including, but not limited to evidence regarding prior disciplinary proceedings by the D.C. Bar. (See August 18, 2005 motion).

### IX. Brady Issues

The government is not aware of any Brady material at present. We will provide timely notice of any such materials when and if they become known.

### X. Government's Request for Discovery

At this time, the Government formally requests all defense discovery materials pursuant to Fed. R. Crim. P. 16(b) including, but not limited to, any and all documents or tangible evidence which you intend to use at trial, any expert testimony you intend to use at trial, and any tests or examinations performed on behalf of the defendant, as well as making available the results of examinations and tests, and providing us with a written summary of expert testimony. In addition, pursuant to Rule 12.1, the government requests notice of any alibi defense, pursuant to Rule 12.2, notice of any insanity defense or any intention to introduce evidence of mental condition or defect, and pursuant to Rule 12.3, notice of any defense of public authority.

The Government recognizes its continuing duty to provide discovery, and should we identify additional material that we intend to use at trial, or which we can determine to be material to the defense, we will produce that material to you promptly. In addition, we will disclose Jencks and Giglio/Brady information, if any, at an appropriate time.

Please contact me at 353-2453 if you have any questions or need any additional information.

Sincerely yours,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

By: _____
John Griffith
Assistant U.S. Attorney

Enclosures- as stated

4