**EXHIBIT 3**

Case 1:05-cr-00292-RWR    Document 52-4    Filed 06/14/2006    Page 1 of 6

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-292 (RWR) |
| | : | |
| v. | : | |
| | : | |
| REGINALD JEROME ROGERS, | : | |
| | : | |
| Defendant. | : | |

### WITNESS LIST FOR REGINALD J. ROGERS

Reginald J. Rogers, through his attorneys THOMPSON O'DONNELL, LLP, and Charles I. Cate, respectfully submits this list of the witnesses who Mr. Rogers and counsel currently believe may be called in the defense case.   Mr. Rogers and his counsel may decide not to call certain witnesses appearing on this list.  Likewise, Mr. Rogers and his counsel reserves the right to call witnesses that do not appear on the list and will promptly notify the Government of any such additional witnesses as they become known.

Iris Alsop

Eva Brent

Greta Burnett

Sallie Cooke

SA John Cotter

Janet Cover

Gwendolyn Crockett

Raymond Espeut

Virginia Evans

Erma Ewuell

Gwendolyn Ford

Remetter Freeman

Reginald Freeman

Derrick Freeman

FTI Accountant [Expert]

Roberta Gadson

Carol Glover

Hattie Mae Goode

Carlotta Green

Edna Hardman

Elizabeth Hood

Louis Jenkins

Cassandra E. Johnson

Eleanor Johnson

Joan Johnson

Marie Joyner

Bettie Kelly

Danzel W. Lewis

Diane Lewis

Raj. P. Mathur, M.D. [Expert]

Malcolm Mauney

Ralph Mauney

Charlita McMillan

Lanning E. Moldauer, Ph.D. [Expert]

Robert Mountain

Delores Mountain

Harold Pratt

Rebecca Ricks

Dorothy Robinson

Carol Robinson

Francesse Rogers

Naomi Rogers

Samuel Rogers

Franklin Rogers

Kathleen F. Sampeck [Expert]

Butch Settles

Marva Shields

Wallace E. Shipp, Jr.

Lennox Simon

Mamie Steward

Traci M. Tait

Edward G. Varone [Expert]

Irene Lolly Wanzer

Matilda Watson

Dorothy Weeks

Clara Wells

Larry Wells

Douglas White

Christine Whitherspoon

Dorothy Beane Williams

Joyce L. Williams

Caroline Wills

Gwen Wilson

Any Witness Identified by the Government

Respectfully submitted,

THOMPSON O'DONNELL, LLP


//s// J. Michael Hannon //ss//
J. Michael Hannon, #352526
1212 New York Avenue, NW
Suite 1000
Washington, DC 20005
(202) 289-1133
(202) 289-0275 (facsimile)
jmh@tomnh.com

Charles I. Cate, Attorney at Law


//s// Charles I. Cate //s//
Charles I. Cate, #969360
2009 14th Street North
Arlington, VA 22201
(703) 5222112
(703) 5225201 (facsimile)
chascate@msn.com

*Attorneys for Defendant Reginald Jerome Rogers*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Witness List of Reginald Rogers was sent via electronic filing this 28th day of March, 2006, to

John D. Griffith
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C.  20530


//s// J. Michael Hannon //s//
J. Michael Hannon