**EXHIBIT 5**

# Griffith, John (USADC)

| | |
|---|---|
| **From:** | Griffith, John (USADC) |
| **Sent:** | Monday, June 05, 2006 4:51 PM |
| **To:** | 'jhannon@hannonlawgroup.com' |
| **Cc:** | Lucas, Diane (USADC) |
| **Subject:** | Reciprocal Discovery |
| **Attachments:** | discovery letter 5-11.wpd |

Mike,

Hope all is well. This is a follow-up to my May 11, 2006 letter (attached) and prior correspondence requesting reciprocal discovery. I was wondering when we can view the discovery materials and obtain the requested information on the experts and any Rule 12 defenses.

Regards,

John



discovery letter 5-11.wpd (128...

1