**EXHIBIT 6**

**HANNON LAW GROUP, LLP**
COUNSELORS AND ATTORNEYS AT LAW
1901 18TH STREET, NW
WASHINGTON, DC 20009

(202) 232-1907
FACSIMILE (202) 232-3704
www.hannonlawgroup.com
jhannon@hannonlawgroup.com

J. MICHAEL HANNON *

TREBIE A. VALANCIUS
ADMITTED ONLY IN VIRGINIA;
SUPERVISION BY J. MICHAEL HANNON, A
MEMBER OF THE DC BAR

* ALSO ADMITTED IN MARYLAND
+ ALSO ADMITTED IN VIRGINIA
• ALSO ADMITTED IN CALIFORNIA

OF COUNSEL

DONALD LEWIS WRIGHT
WILLIAM CLAYTON BATCHELOR*
+
CHARLES I. CATE •

June 12, 2006

**VIA ELECTRONIC TRANSMISSION ONLY**

John D. Griffith
Assistant United States Attorney
Judiciary Center
555 4th Street, N.W.
Washington, D.C. 20530

Re: <u>U.S. v. Reginald J. Rogers, Crim. No. 05-cr-00292 RWR</u>

Dear Mr. Griffith:

As you requested, I am providing the information regarding our three expert witnesses listed on the Witness List previously filed with the Court.

<u>Kathleen F. Sampeck:</u>  Ms. Sampeck is an expert in the life care needs of the elderly. She will provide opinion testimony on the life care needs of Hattie Mae Goode, Minnie Beane, Danzel Lewis and the life care needs of the elderly in general. She will opine on the costs associated with the life care needs of these clients of Mr. Rogers and the psychological and medical benefits of these clients being sustained in their own homes. Ms. Sampeck shall base her opinions on her experience and training, her review or materials provided by the Government, her consideration of materials provided by defense counsel, and the actual evidence presented in Court.

<u>Edward G. Varone:</u>  Mr. Varone is an attorney admitted to practice in the District of Columbia and Maryland. Mr. Varone practices elder law. He is a recognized expert in estate and probate planning and the duties of counsel in serving an elderly client population. Mr. Varone will opine on the nature of the attorney-client relationship with elderly clients, the life-planning tools available to the attorney, the obligations of the attorney to the client under various planning tools, and the professional duties that arise from the relationship. He will opine with respect to the nature of the attorney-client relationship between Mr. Rogers and the alleged victims in this case. He may also opine on the procedures of Bar Counsel in supervising the ethical conduct of attorneys practicing in the field of elder law and in the case of Mr. Rogers in particular. Mr. Varone shall base his opinions on his experience and training, his review or materials provided by the

John D. Griffith

June 12, 2006
Page Two

Government, his consideration of materials provided by defense counsel, and the actual evidence presented in Court.

Our notice of expert evidence of mental condition to be filed with the Court shall state as follows:

<u>Lanning E. Moldauer, Ph.D.</u>:   Lanning E. Moldauer, Ph.D., is a practicing psychologist and recognized expert in evaluating psychological issues that impair attorneys' professional competence and performance. He has seen Mr. Rogers on several occasions since the initiation of this investigation. Dr. Moldauer will discuss the nature of the attorney-client relationship that Mr. Rogers established with Hattie Mae Goode, Minnie Beane, Danzel Lewis and others from the standpoint of the psychological impact of those relationships on Mr. Rogers. He will also opine on Mr. Rogers capacities as an attorney to manage a solo practice as an elder law attorney. Dr. Moldauer is of the opinion that Mr. Rogers never intended to cheat his clients, to harm them financially, or to gain financially at their expense. Dr. Moldauer may also opine as to the behavior of Mr. Rogers in failing to respond to the criminal investigation which initiated this prosecution, failing to respond to the various Bar Counsel proceedings against Mr. Rogers, and failing to respond to the civil law suit filed against Mr. Rogers by Hattie Mae Goode.

Please let me know whether you will consent to my filing the notice of expert evidence of mental condition out of time.

Thank you for your courtesies.

                                                    Sincerely,

                                                  *//s// J. Michael Hannon //s//*

                                                  J. Michael Hannon