UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal No. 05-292 (RWR) |
| : | |
| **v.** : | |
| : | |
| **REGINALD JEROME ROGERS,** : | |
| : | |
| **Defendant.** : | |

**MOTION FOR STATUS CONFERENCE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves for an Order scheduling a status conference in the above-captioned matter as soon as possible. In support of this request, the government states:

1. On June 14, 2006, the government filed its Motion to Exclude Expert Testimony in this matter asserting *inter alia* that the defendant has failure to provide adequate notice pursuant to Fed. R. Crim. P. 12.2 of any insanity defense of any intention to introduce evidence of mental condition or defect in connection with defendant's notice concerning the proposed testimony of Dr. Lanning Moldauer. The government is also requesting exclusion of this testimony for failure to comply with Rule 16(C).

2. Aside from defendant's June 12, 2006 letter (Ex. 6 of government's Motion to Exclude Testimony), the government has not received any expert reports, notes, medical records or other information pertaining to Dr. Moldauer's work or proposed testimony. With approximately two and one-half weeks remaining until the start of trial, the government lacks sufficient information

to retain and consult with an expert on any issues raised by Moldauer's testimony and, thus, cannot properly prepare should the Court permit Moldauer to testify. In light of this, the government respectfully requests that a status hearing be held as soon as possible to address this issue.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    United States Attorney
    Bar No.: 451058


By:     _____
    JOHN GRIFFITH
    DIANE LUCAS
    Assistant U.S. Attorneys
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 353-2453 (Griffith)
    (202) 514-8097 (Lucas)

    I hereby certify that a copy of the foregoing motion was served by facsimile and mail upon defense counsel, J. Michael Hannon, Esquire, 1901 18th Street, N.W., Washington, D.C. 20009, FAX: 202-232-3704, on this 20th day of June, 2006


_____
John Griffith
Assistant U.S. Attorney