UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05-292 (RWR) |
| | : | |
| v. | : | |
| | : | |
| **REGINALD JEROME ROGERS,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Upon consideration of the Government's Motion for Status Conference, it is hereby

**ORDERED** that a status conference in this matter shall be held at _____, in Courtroom 9.

**SIGNED** this \_\_\_\_ day of _____, 2006.

_____
RICHARD W. ROBERTS
United States District Judge