UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-292 (RWR) |
| | : | |
| v. | : | |
| | : | |
| REGINALD JEROME ROGERS, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

ORDER

After having duly considered the government's Motion to Allow Agent At Counsel Table, and any opposition thereto, it is hereby Ordered that the government's Motion is GRANTED. The Court finds that the Special Agent John Cotter of the FBI is designated as the government's representative and may sit at counsel table at trial.

IT IS SO ORDERED.

_____
RICHARD W. ROBERTS,
District Judge

cc:    Diane Lucas, AUSA
       John Griffith, AUSA

       J. Michael Hannon, Esquire
       Charles Cait, Esquire
       1901 18th Street N.W.
       Washington, DC 20009