identification number. This witness also will testify regarding the procedures followed in this case.

As mentioned above, the lab analysis of the substance seized in this case is enclosed with this letter. If, after reviewing the lab analysis, you are willing to stipulate to the identity of the substances seized in this case, calling this expert may not be necessary. Please let me know at your earliest convenience.

**Narcotics Expert**

The government intends to call a narcotics expert witness at trial. The narcotics expert will testify concerning the following:

1.    The procedures used by the law enforcement agencies in the District of Columbia for handling narcotics evidence and for safeguarding the chain of custody and integrity of the evidence in narcotics cases.

2.    The quantitative and qualitative analysis of the narcotics evidence by the DEA, the FBI, and the strength of the substance.

3.    The methodology of narcotics investigations, including the use of undercover officers, confidential informers, cooperators, observation posts, surveillance, search warrants, and audio and video surveillance.

4.    The methods of using and purchasing narcotics in the District of Columbia, including but not limited to:  the reasons for such methods; the cost (price) of narcotics, both wholesale and retail; the common dosage of, usable and measurable amounts, and strength of narcotics; packaging materials, cutting agents, scales, and paraphernalia for using drugs; the use of stashes, and methods used to avoid detection of narcotics.

5.    The methods for importing, transporting, manufacturing, processing, packaging, selling, transferring and trafficking narcotics in the District of Columbia, including but not limited to the roles of different participants in drug trafficking schemes.

6.    That beepers, pagers, cellular phones, automobiles, stashes, stash houses, safe houses, crack houses, open air drug markets, couriers, ledgers, safes, weapons, including firearms, and false identities are commonly used in the sale, transfer, processing and trafficking of narcotics in the District of Columbia and elsewhere.

7.    That drug traffickers keep records of transactions, inventories, debts, notes, and contact information by storing them in ledgers, books, computers, or other

3

records. It is also commonplace to memorialize images of money, guns, drugs, and other illegal articles in videos or photographs.

8.   That drug traffickers employ means of deception, including but not limited to: using coded language; using false identities; using counter-surveillance techniques; having property, licenses, or contract agreements for utilities, communications services, or leases titled or otherwise in the name of another; employing seemingly legitimate business enterprises to launder proceeds, transport or store illegal substances, demonstrate a legitimate source of income, or to provide proof of employment to others who work in the drug trafficking organization.

9.   That possession of narcotics for use can be distinguished from possession of narcotics with intent to distribute.

10.  That crack cocaine is a street term for a smokeable form of cocaine base and that crack can be identified and distinguished from other contraband.

Due to the large number of cases that are being prosecuted in the U.S. District Court and the Superior Court of the District of Columbia, the lack of certainty that a case scheduled for trial will actually proceed to trial, and because of MPD narcotics experts are on call for many different courtrooms at the same time, the government cannot determine at this time the identity of the expert. Accordingly, we will supplement this notice as the case proceeds to trial.

## C.   Rule 404(b) Evidence

At this time, the government intends to introduce evidence of the defendant's prior convictions that are listed below and/or the underlying facts thereof under Rule 404(b). If this changes, or if we determine that there is additional 404(b) evidence, appropriate notice will be given.

| Date of Disposition | Charge | Case Number | Jurisdiction |
|---|---|---|---|
| 5/10/94 | Distribution of Cocaine | CR94000189-00 | Stafford County Circuit |
| 5/10/94 | Conspiracy to Distribute Cocaine | CR94000189-02 | Stafford County Circuit |
| 5/10/94 | Distribution of Cocaine | CR94000189-03 | Stafford County Circuit |

## D.   Defendant's Rule 16 Statements

4