## EXPERT WITNESS(ES)

The government intends to call as an expert witness in the area of bank fraud and materiality.[2]

The expert witness will offer testimony on the following areas:

- the process used during the mid-1980s for the submission of loan applications for the purchase or lease of automobiles;

- the role of the assertions contained in a credit application (including income, assets and liabilities) in the assessment of the financial institution to make a loan for the purchase or lease of an automobile;

- the role of the collateral in the assessment of the financial institution to make a loan for the purchase or lease of an automobile.

---

[2] The government is currently identifying the proper expert. We will shortly notify the defense and the court of the name and contact information for that expert.