**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. 1:05-cr-00292-RWR |
| v. | : |
| | : |
| REGINALD JEROME ROGERS, | : |
| | : |
| Defendant. | : |

# **O R D E R**

Upon consideration of the Government's Motion to Exclude Expert Witnesses and the Opposition thereto, it is, by the Court, this ___ day of _____, 2006,

**ORDERED** that the Motion be and hereby is **DENIED**.

**SO ORDERED.**

_____
Richard W. Roberts,
DISTRICT Judge

Copies to:

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18TH STREET, N.W.
WASHINGTON, D.C.  20009

John D. Griffith, Esq.
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C.  20530