UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05-292 (RWR) |
| | : | |
| v. | : | |
| | : | |
| **REGINALD JEROME ROGERS,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the Government's Motion *in Limine* for Judicial Notice of Rules of Professional Conduct 1.3, 1.4, 1.5, 1.8(a) and (b), and 1.15(a), (b) and (c) and Sections 7-601, 7-602 and 7-604 of the Maryland Code, Estates and Trusts, it is hereby

**ORDERED** that the motion is granted.

**SIGNED** this ____ day of _____, 2006.

_____
RICHARD W. ROBERTS
United States District Judge