Westlaw.

MD Code, Estates and Trusts, § 7-601

C
West's Annotated Code of Maryland Currentness
 Estates and Trusts
  Title 7. Administration of the Estate (Refs & Annos)
   Subtitle 6. Compensation and Expenses
    →§ 7-601. Personal representatives and special administrators

(a) A personal representative or special administrator is entitled to reasonable compensation for services. If a will provides a stated compensation for the personal representative, additional compensation shall be allowed if the provision is insufficient in the judgment of the court. The personal representative or special administrator may renounce at any time all or a part of the right to compensation.

(b) Unless the will provides a larger measure of compensation, upon petition filed in reasonable detail by the personal representative or special administrator the court may allow the commissions it considers appropriate. The commissions may not exceed those computed in accordance with the table in this subsection.

```
If the property subject to                           The commission may
administration is:                                   not exceed:
Not over $20,000 .............................................................. 9%
Over $20,000 ......................................... $1,800 plus 3.6% of the
                                                     excess over $20,000
```

(c) Within 30 days a personal representative, special administrator, or unsuccessful exceptant may appeal the allowance to the circuit court, which shall determine the adequacy of the commissions and increase, but not in excess of the above schedule, or decrease them.

(d) If the personal representative retains the services of a licensed real estate broker to aid in the sale of real property, the commissions paid to the real estate broker are an expense of administration and may not be deducted from the commissions allowed by the court to the personal representative in accordance with subsection (a) of this section.

Westlaw.

MD Code, Estates and Trusts, § 7-602

C
West's Annotated Code of Maryland Currentness
 Estates and Trusts
  Title 7. Administration of the Estate (Refs & Annos)
   Subtitle 6. Compensation and Expenses

→ § 7-602. Attorneys

(a) An attorney is entitled to reasonable compensation for legal services rendered by him to the estate and/or the personal representative.

(b) Upon the filing of a petition in reasonable detail by the personal representative or the attorney, the court may allow a counsel fee to an attorney employed by the personal representative for legal services. The compensation shall be fair and reasonable in the light of all the circumstances to be considered in fixing the fee of an attorney.

(c) If the court shall allow a counsel fee to one or more attorneys, it shall take into consideration in making its determination, what would be a fair and reasonable total charge for the cost of administering the estate under this article, and it shall not allow aggregate compensation in excess of that figure.

Westlaw.

Page 1

MD Code, Estates and Trusts, § 7-604

C

West's Annotated Code of Maryland Currentness
  Estates and Trusts
    Title 7. Administration of the Estate (Refs & Annos)
     Subtitle 6. Compensation and Expenses

→ § 7-604. Payment of commissions and attorney's fees, court approval required

(a) Payment of commissions to personal representatives under § 7-601 of this subtitle, and attorney's fees under § 7-602 of this subtitle may be made without court approval if:

(1) Each creditor, who has filed a claim that is still open, and all interested persons consent in writing to the payment;

(2) The combined sum of the payments of commissions and attorney's fees does not exceed the amounts provided in § 7-601 of this subtitle; and

(3) The signed written consent form states the amounts of the payments and is filed with the register of wills.

(b) When rendering accounts, the personal representative shall designate any payment made under this section as an expense.