## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.: 05-292 (RWR)** |
| | : | |
| **v.** | : | |
| | : | **Trial Date: July 6, 2006** |
| **REGINALD J. ROGERS** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S THIRD NOTICE OF INTENT TO INTRODUCE
### SELF-AUTHENTICATING DOCUMENTS PURSUANT TO RULE 902(11)

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives its third notice that it intends to introduce evidence pursuant to Fed. R. Evid. 902(11).

The Federal Rules of Evidence allow for business records to be admitted in evidence at trial without a custodian of records testifying about their authenticity.  Fed. R. of Evid. 902(11), which went into effect on December 1, 2000, reads as follows:

Rule 902. Self-authentication

    Extrinsic evidence of authenticity as a condition precedent to admissibility is not required with respect to the following:

\*   \*   \*

(11) Certified domestic records of regularly conducted activity. — The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under Rule 803(6) if accompanied by a written declaration of its custodian or other qualified person, in a manner complying with any Act of Congress or rule prescribed by the Supreme Court pursuant to statutory authority, certifying that the record —

    (A) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    (B) was kept in the course of the regularly conducted activity; and

(C) was made by the regularly conducted activity as a regular practice.

A party intending to offer a record into evidence under this paragraph must provide written notice of that intention to all adverse parties, and must make the record and declaration available for inspection sufficiently in advance of their offer into evidence to provide an adverse party with a fair opportunity to challenge them.

Pursuant to Rule 902(11), the government hereby gives written notice of its intention to introduce evidence consisting of business records from Bad Boys Bonding Company, Inc.

The business records the government seeks to introduce pursuant to this Rule have been designated and made available to the defendant during discovery.  The government is in the process of obtaining the necessary declaration and will furnish it to defendant prior to trial.  By seeking to admit evidence pursuant to Rule 902(11), the government anticipates that this will decrease the total number of witnesses and otherwise shorten the length of the trial.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY


_____
JOHN D. GRIFFITH (Iowa Bar #4622)
DIANE G. LUCAS (D.C. Bar ##443610)
ASSISTANT UNITED STATES ATTORNEYS
555 4th Street, N.W., Room 5826
Washington, D.C. 20530
(202) 353-2453


I hereby certify that a copy of the foregoing motion was served by facsimile and mail upon defense counsel, J. Michael Hannon, Esquire, 1901 18th Street, N.W., Washington, D.C. 20009, FAX: 202-232-3704, on this 29th day of June, 2006


_____
John Griffith