UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*DRAFT*

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 05-292 (RWR) |
| | ) | |
| REGINALD ROGERS | ) | |
| | ) | |
| Defendant | ) | |

### GOVERNMENT'S EXHIBIT LIST (As of June 29, 2006)

| Exhibit No. | Description | Witness | Obj'n | Adm. |
|---|---|---|---|---|
| SUN-Dec | Declaration from Suntrust Bank (Formerly Crestar Bank) for accounts in the names of **Minnie Beane**, (formerly Crestar) Account # 4035 3600 0027 1440 (SUN-MB-0000001 through SUN-MB-0000155): **Minnie Beane**, Account # 0000 899020240 ( SUN-MB-0000156 through SUN-MB-0000315, SUN-MB-0000325 through SUN-MB-0000576) **Hattie Mae Goode**, (formerly Crestar) Account #860192555 (CREST-HG55-00001 through CREST-HG55-00003, CREST-HG55-00005, CREST-HG55-00009 through CREST-HG55-00387); **Hattie M. Goode**, (formerly Crestar) Account #0000880192563 ( CREST-HG63-00001 through CREST-HG63-00351) | | | |
| 1 | Bank Records from SunTrust Bank (formerly Crestar Bank), account in the name of **Hattie Mae Goode**, Account # 860192555 ( CREST-HG55-00001 through CREST-HG55-00003; CREST-HG55-000005; and CREST-HG55-00009 through CREST-HG55-00387) | | | |

printed: June 29, 2006 (2:32pm)          1

| Exhibit No. | Description | Witness | Obj'n | Adm. |
|---|---|---|---|---|
| 1-1 through 1-41 | Individual pages of bank records from SunTrust Bank (formerly Crestar Bank), account in the name of **Hattie Mae Goode**, Account #860192555 ( CREST-HG55-00157 through CREST-HG55-00158; CREST-HG55-00192; CREST-HG55-00209; CREST-HG55-00211; CREST-HG55-00214; CREST-HG55-00226; CREST-HG55-00228; CREST-HG55-00243; CREST-HG55-00386; CREST-HG55-00385; CREST-HG55-00387; CREST-HG55-00255; CREST-HG55-00253; CREST-HG55-00254; CREST-HG55-00249; CREST-HG55-00302; CREST-HG55-00321; CREST-HG55-00316; CREST-HG55-00315; CREST-HG55-00250; CREST-HG55-00206; CREST-HG55-00213; CREST-HG55-00215; CREST-HG55-00217; CREST-HG55-00232; CREST-HG55-00249; CREST-HG55-00271; CREST-HG55-00280; CREST-HG55-00292;  CREST-HG55-00312; CREST-HG55-00383; CREST-HG55-00226; CREST-HG55-00141; CREST-HG55-00142; CREST-HG55-00196; CREST-HG55-00149; CREST-HG55-00224; CREST-HG55-00317; CREST-HG55-00344) | | | |
| 2 | Bank records from SunTrust Bank (formerly Crestar Bank), account in the name of **Hattie Mae Goode**, Account # 0000880192563 ( CREST-HG63-00001 through CREST-HG63-00351) | | | |

| Exhibit No. | Description | Witness | Obj'n | Adm. |
|---|---|---|---|---|
| 2-1 through 2-15 | Individual pages of bank records from SunTrust Bank (formerly Crestar Bank), account in the name of **Hattie Mae Goode**, Account # 0000880192563 (CREST-HG63-00087; CREST-HG63-00088; CREST-HG63-00170; CREST-HG63-00312; CREST-HG63-00216; CREST-HG63-00315; CREST-HG63-00220; CREST-HG63-00121 CREST-HG63-00126; CREST-HG63-00140; CREST-HG63-00147; CREST-HG63-00136; CREST-HG63-00115; CREST-HG63-00172; CREST-HG63-00169) | | | |
| BONDS-Dec | Declaration from Bureau of Public Debt for Savings Bond records of **Hattie Mae Goode** ( BONDS-000001 through BONDS-000076) | | | |
| 3 | United States Savings Bonds records in the name of **Hattie Mae Goode** ( BONDS-000001 through BONDS-000077) | | | |
| 3-1 through 3-4 | Individual pages of United States Savings Bonds records in the name of **Hattie Mae Goode** (BONDS-000045; BONDS-000046; BONDS-000034; BONDS-000038; BONDS-000019) | | | |
| 4 | Bank records from SunTrust Bank (formerly Crestar Bank), accounts in the name of **Minnie Beane**, Account #4035 3600 0027 1440, ( SUN-MB-0000001 through SUN-MB-0000155) and Account # 0000899020240 (SUN-MB-156 through SUN-MB-0000315 and SUN-MB-0000325 through SUN-MB-0000576) | | | |
| 4-1 through 4-7 | Individual pages of bank records from SunTrust Bank (formerly Crestar Bank) accounts in the name of **Minnie Beane** (SUN-MB-0000394; SUN-MB-0000396; SUN-MB-0000425; SUN-MB-0000569; SUN-MB-0000279; SUN-MB-0000272; SUN-MB-0000157) | | | |

| Exhibit No. | Description | Witness | Obj'n | Adm. |
|---|---|---|---|---|
| PNC-Dec | Declaration from PNC Bank (formerly Riggs Bank) for the account in the name of **Minnie Beane**, Account # 03-394-093 ( RIGGS-MB-00001 through RIGGS-MB-00270) | | | |
| 5 | Bank records from PNC Bank (formerly Riggs Bank), account in the name of **Minnie Beane**, Account # 03-394-093 ( RIGGS-MB-00001 through RIGGS-MB-00270) | | | |
| 5-1 through 5-24 | Individual pages of bank records from PNC Bank (formerly Riggs Bank), account in the name of **Minnie Beane** (RIGGS-MN-00026; RIGGS-MB-00038; RIGGS-MB-00033; RIGGS-MB-00072; RIGGS-MB-00118; RIGGS-MB-00119; RIGGS-MB-00123; RIGGS-MB-00121; RIGGS-MB-00122; RIGGS-MB-00117; RIGGS-MB-00126; RIGGS-MB-00143; RIGGS-MB-00148; RIGGS-MB-00158; RIGGS-MB-00186; RIGGS-MB-00213; RIGGS-MB-00186; RIGGS-MB-00258; RIGGS-MB-00256; RIGGS-MB-00255; RIGGS-MB-00127; RIGGS-MB-00203; RIGGS-MB-00027) | | | |

| Exhibit No. | Description | Witness | Obj'n | Adm. |
|---|---|---|---|---|
| WAV-Dec | Declaration from Wachovia Bank (formerly First Union Bank) for accounts in the names of: **Reginald Rogers and Francesse Rogers**, Account # 4371181094 (WAV-RRFR94-00001 through WAV-RRFR94-0121) **Reginald Rogers**, Account # 4370574217 (WAV-RR-00001 through WAV-RR-00644); **Danzel Lewis, POA/Reginald Rogers**, Account # 1010052146024 ( WAV-DLRR-000001 through WAV-DLRR000203) **Franklin Rogers and Reginald Rogers**, Account # 1010050805176 ( WAV-FRKRR-00001 through WAV-FRKRR-00248) **Naomi Rogers and Reginald Rogers**, Account # 1010047797705 ( WAV-NRRR05-00001 through WAV-NRRR05-00026) **Naomi Rogers and Reginald Rogers**, Account #3000030955384 ( WAV-NRRR84-00001 through WAV-NRRR84-00021) **Reginald Rogers and Francesse Rogers**, Account #101094027156 ( WAV-RRFR56-00001 through WAV-RRFR56-00373) **Samuel Rogers and Reginald Rogers**, Account #1010088399395 ( WAV-SRRR-00001 through WAV-SRRR-00096) **Julia Wooten and Willie Wooten**, Account # 3031402694284 ( FU-JKWW84-00001 through FU-JKWW84-00078) **Julia Wooten and Willie Wooten**, Account #1010053227395 ( FU-JKWW95-00001 through FU-JKWW95-00092) **Danzel Lewis**, Account # 3000036029845 ( FU-DL-00001 through FU-DL-00034., FU-DL-00039 through  FU-DL-00213) | | | |
| 6 | Bank records frm Wachovia Bank (formerly First Union Bank), account in the name of **Danzel Lewis**, Account # 3000036029845 (FU-DL-00001 through FU-DL-00034; FU-DL-00039 through FU-DL-00213) | | | |

printed:  June 29, 2006 (2:32pm)            5

| Exhibit No. | Description | Witness | Obj'n | Adm. |
|---|---|---|---|---|
| 6-1 through 6-32 | Individual Pages of bank records from Wachovia Bank (formerly First Union Bank), account in the name of **Danzel Lewis, POA/Reginald Rogers**, Account #3000036029845 (FU-DL-00090; FU-DL-00089; FU-DL-00089l FU-DL-00085; FU-DL-00086; FU-DL-00088; FU-DL-00091; FU-DL-00092; FU-DL-00093; FU-DL-00094; FU-DL-00096; FU-DL-00097; FU-DL-00098; FU-DL-00099; FU-DL-00100; FU-DL-00103; FU-DL-00106; FU-DL-00107; FU-DL-00104; FU-DL-00105; FU-DL-00117; FU-DL-00118; FU-DL-00120; FU-DL-00121; FU-DL-00128; FU-DL-00130; FU-DL-00134; FU-DL-00140; FU-DL-00141; FU-DL-00152; FU-DL-00153; FU-DL-00165; FU-DL-00164; FU-DL-00185; FU-DL-00184; FU-DL-00190; FU-DL-00189; FU-DL-00135; FU-DL-00137; FU-DL-00138; FU-DL-00157; FU-DL-00159; FU-DL-00163; FU-DL-00168; FU-DL-00181; FU-DL-00182; FU-DL-00184; FU-DL-00186; FU-DL-00139; | | | |
| BOA-Dec | Declaration of Bank of America Records for accounts in the names of **John Henderson**, Account #003930537941 ( BOA-JH-00001 through BOA-JH-00318) **Beryl Brady Jones**, Account #3932831593 (BOA-BJ-00001 through BOA-BJ-00039) | | | |
| 7 | Bank records from Bank of America, account in the name of **John Henderson**, Account #003930537941 ( BOA-JH-00001 through BOA-JH-00318) | | | |

| Exhibit No. | Description | Witness | Obj'n | Adm. |
|---|---|---|---|---|
| 7-1 through 7-18 | Individual bank records from Bank of America, account in the name of **John Henderson**, Account # 3930537941 (BOA-JH-00121; BOA-JH-00120; BOA-JH-00130; BOA-JH-00128; BOA-JH-00204; BOA-JH-00205; BOA-JH-00206; BOA-JH-00212; BOA-JH-00261; BOA-JH-00260; BOA-JH-00269; BOA-JH-00268; BOA-JH-00294;  BOA-JH-00297; BOA-JH-00295; BOA-JH-00302; BOA-JH-00301; BOA-JH-00048 BOA-JH-00191; BOA-JH-00262; BOA-JH-00053) | | | |
| 8 | Bank records from Wachovia Bank (formerly First Union Bank), account in the names of **Julia Wooten and Willie Wooten**, Account #1010053227395 ( FU-JKWW95-00001 through FU-JKWW95-00092) | | | |
| 8-1 through 8-2 | Individual pages of bank records from Wachovia Bank (formerly First Union Bank), account in the names of **Julia K. Wooten and Willie Wooten**, Account #1010053227395, (FU-JKWW95-00086; FU-JKWW95-00085) | | | |
| 9 | Bank records from Bank of America, account in the name of **Beryl Brady Jones**, Account #3932831593 ( BOA-BJ-00001 through BOA-BJ-00039) | | | |
| 9-1 through 9-2 | Individual pages of bank records from Bank of America Records, account in the name of  **Beryl Brady Jones**, Account # 3932831593 (BOA-BJ-00009; BOA-BJ-00011) | | | |
| 10 | Bank records from Wachovia Bank (formerly First Union Bank), account in the names of **Reginald Rogers and Francesse Rogers**, Account # 4371181094 ( WAV-RRFR94-00001 through WAV-RRFR94-01217) | | | |

| Exhibit No. | Description | Witness | Obj'n | Adm. |
|---|---|---|---|---|
| 10-1 through 10-27 | Individual pages of bank records from Wachovia Bank (formerly First Union Bank), account in the names of **Reginald Rogers and Francesse Rogers**, Account #4371181094 (WAV-RRFR94-00368; WAV-RRFR94-00370; WAV-RRFR94-00713; WAV-RRFR94-00712; WAV-RRFR94-00698; WAV-RRFR94-00699; WAV-RRFR94-00700; WAV-RRFR94-00704; WAV-RRFR94-00733; WAV-RRFR94-00643; WAV-RRFR94-00675; WAV-RRFR94-00369; WAV-RRFR94-00761; WAV-RRFR94-00841; WAV-RRFR94-00676; WAV-RRFR94-00676A; WAV-RRFR94-00499; WAV-RRFR94-00498; WAV-RRFR94-00502; WAV-RRFR94-00500; WAV-RRFR94-00504; WAV-RRFR94-00503; WAV-RRFR94-00506; WAV-RRFR94-00505; WAV-RRFR94-00713; WAV-RRFR94-00635; WAV-RRFR94-00753; WAV-RRFR94-00603) | | | |
| 11 | Bank records from Wachovia Bank (formerly First Union Bank), account in the name of **Reginald Rogers**, Account # 4370574217 ( WAV-RR-00001 through WAV-RR-00644) | | | |
| 11-1 through 11-17 | Individual pages of bank records from Wachovia Bank (formerly First Union Bank), account in the name of **Reginald Rogers**, Account #4370574217 (WAV-RR-00346; WAV-RR-00347; WAV-RR-00362; WAV-RR-00401; WAV-RR-00483; WAV-RR-00484; WAV-RR-00482; WAV-RR-00521; WAV-RR-00518; WAV-RR-00519; WAV-RR-00520;  WAV-RR-00506; WAV-RR-00507; WAV-RR-00606; WAV-RR-00339; WAV-RR-00347; WAV-RR-00492) | | | |
| BBT-Dec | Declaration of BB&T records for account in the name of **Reginald Rogers**, Account #DD01151549 ( BBT-RR91-00005 through BBT-RR91-00235) | | | |

printed:  June 29, 2006 (2:32pm)            8

| Exhibit No. | Description | Witness | Obj'n | Adm. |
|---|---|---|---|---|
| 12 | Bank records from BB&T Bank Records, account in the name of **Reginald Rogers**, Account #DD01151549 ( BBT-RR91-00005 through BBT-RR91-00235) | | | |
| 13 | Bank records from Wachovia Bank (formerly First Union Bank), account in the names of **Franklin Rogers and Reginald Rogers**, Account #1010050805176 ( WAV-FRKRR-00001 through WAV-FRKRR-00248) | | | |
| AMEX-Dec | Declaration from American Express for accounts in the names of **Reginald Rogers** Account #3787-210594-61009 ( AMEX-RR-00001 through AMEX-RR-00025)<br>**Samuel Rogers**, Account #3715-334159-11008 (AMEX-SR-00001 through AMEX-SR-00255) | | | |
| 14 | American Express Bank records for account in the name of **Samuel Rogers**, Account #3715-334159-11008 ( AMEX-SR-00001 through AMEX-SR-00255) | | | |

| Exhibit No. | Description | Witness | Obj'n | Adm. |
|---|---|---|---|---|
| 14-1 through 14-21 | Individual Statements of American Express records for accounts in the name of **Samuel Rogers** and **Reginald Rogers**,( AMEX-SR-00001 through AMEX -SR-00006; AMEX-SR-00007 through AMEX-SR-00014;  AMEX-SR-00015 through AMEX-SR-00018; AMEX-SR-00019 through AMEX-SR-00023; AMEX-SR-00024 through AMEX-SR-00028; AMEX-SR-00075 through AMEX-SR-00080; AMEX-SR-00081 through AMEX-SR-00087; AMEX-SR-00088 through AMEX-SR-00091; AMEX-SR-00092 through AMEX-SR-00094; AMEX-SR-00095 through AMEX-SR-00103; AMEX-SR-00104 through AMEX-SR-00110; AMEX-SR-00111 through AMEX-SR-00115; AMEX-SR-00116 through AMEX-SR-00124; AMEX-SR-00125 through AMEX-SR-00129; AMEX-SR-00152 through AMEX-SR-00161; AMEX-SR-00162 through AMEX-SR-00170; AMEX-SR-00171 through AMEX-SR-00178; AMEX-SR-00179 through AMEX-SR-00186; AMEX-SR-00187 through AMEX-SR-00196; AMEX-SR-00202 through AMEX-SR-00209; AMEX-SR-00210 through AMEX-SR-00219) | | | |
| DMB-Dec | Declaration from Direct Merchant Bank for account in the name of **Naomi Rogers**, Account #5458 0000 0604 7498 ( DMB-NR-00001 through DMB-NR-00107) | | | |
| 15 | Individual pages of credit account records from Direct Merchant Bank, account in the name of **Naomi Rogers**, Account #5458 0000 0604 7498 (DMB-NR-00036 through DMB-NR-00039) | | | |
| 16 | Letter, check and envelope from **Reginald Rogers** to **Agnes Gay** dated 11/17/03 (HMG-00018 through HMG-00020) | | | |
| 16.1 | Unclaimed letter from **Hattie Mae Goode** to **Reginald Rogers** dated 10/8/03 with attachments (HMG00003 through HMG00011) | | | |

| Exhibit No. | Description | Witness | Obj'n | Adm. |
|---|---|---|---|---|
| 16.2 | Letter from **Hattie Mae Goode** to **Reginald Rogers** dated 11/19/03 (HMG00017) | | | |
| 17 | Signed statement of **Reginald Rogers** dated 11/25/03 (FBI0001 through FBI0003) | | | |
| 17.1 | Typed version of signed statement of **Reginald Rogers** dated 11/25/03 (FBI0004) | | | |
| 18 | Durable General Power of Attorney for **Hattie Mae Goode** dated 2/24/00 SW (SWNEW-00001 through SWNEW-0004) | | | |
| 18-1 | General Power of Attorney for **Hattie Mae Goode** dated August, 1998 SW (SWNEW-0005) | | | |
| 18-2 | Declaration of Trust for **Hattie Mae Goode**, dated 5/17/00 SW (SWNEW-00048 through SWNEW-00053) | | | |
| 18-3 | Durable General Power of Attorney for **Hattie Mae Goode** dated 10/8/03 SW (SWNEW-00006 through SWNEW-00011) | | | |
| 18-4 | Letter from **Hattie Mae Goode** to **Reginald Rogers** dated 10/6/03 SW (SWNEW-00012) | | | |
| 18-5 | Letter and envelope from **Hattie Mae Goode** to **Reginald Rogers** dated 10/8/03 SW (SWNEW-00013 through SWNEW-00015) | | | |
| 18-6 | Declaration of Trust for **Hattie Mae Goode** dated 5/17/00 (AR-00055 through AR-00059) | | | |
| 18-7 | Durable General Power of Attorney for **Hattie Mae Goode** dated 2/24/00 (AR-00050 through AR-00054) | | | |
| 18-8 | Durable General Power of Attorney for **Hattie Mae Goode** dated 10/8/03 (AR-00037 through AR-00047) | | | |
| 18-9 | Letter from **Hattie Mae Goode** to **Reginald Rogers** dated 10/6/03 (AR-00114) | | | |

| Exhibit No. | Description | Witness | Obj'n | Adm. |
|---|---|---|---|---|
| 18-10 | Letter from **Hattie Mae Goode** to **Reginald Rogers** dated 10/8/03 (AR-00115) | | | |
| 18-11 | Letter from **Hattie Mae Goode** to **Reginald Rogers** dated 11/19/03 (AR-00076) | | | |
| 18-12 | Amendment to **Hattie Mae Goode** Living Trust dated 10/8/03 (AR-00116) | | | |
| 19 | Durable General Power of Attorney for **Minnie Beane** dated 2/21/02 SW (SWNEW-00016 through SWNEW-00021) | | | |
| 20 | Will of **Minnie Beane** dated 12/23/02 SW (SWNEW-00022 through SWNEW-00025) | | | |
| 21 | Filed Will of **Minnie Beane** dated 12/23/02 (DCPROBCT-00126 through 00129) | | | |
| CTC-Dec | Declaration from Century Title and Escrow Corporation (CTC 0001 though 0157) | | | |
| 22 | Century Title Records for settlement of **Minnie Beane** residence located at 1209 42nd Place, NE (CTC 0007 through CTC 0015, CTC 0029 through CTC 0030, CTC 0054 through CTC 0056, CTC 0089 through 0091, CTC 0120, CTC 0121, CTC 0138, CTC 0150, CTC 0151, CTC-0158) | | | |
| JNLI-Dec | Declaration from Jackson National Life Insurance Company account in the name of **Minnie Beane**, (JNLI-00001 through JNLI-00040) | | | |
| 23 | Jackson National Life Insurance Co. records for **Minnie Beane** policy ( JNLI-00001 through JNLI-00040) | | | |
| Cingular Wireless-Dec | Declaration from **Cingular Wireless** for telephone number 202-674-1938 (CINGWIRELESS 0001 through CINGWIRELESS 0028 ) | | | |

| Exhibit No. | Description | Witness | Obj'n | Adm. |
|---|---|---|---|---|
| 24 | **Cingular Wireless** toll records for telephone number 202-674-1938 (CINGWIRELESS 0001 through CINGWIRELESS 0028 ) | | | |
| BH-Dec | Declaration from **Byron L. Huffman**, PC (BH-0001 through BH-00061, BH-00063 through BH-000306) | | | |
| 25 | Check Nos, 77656 and 76582 from **Byron L. Huffman** escrow account for settlement on 1272 Owen Place, NE (BH-00066 through BH-00067) | | | |
| 26 | Settlement sheet for settlement on 1272 Owen Place, NE (BH-00195 through BH-00196) | | | |
| PGREGWILLS-Dec | Declaration from **Prince George's County Register of Wills** (PG-REGWILLS00048 through PG-REGWILLS00307) | | | |
| 27 | **Prince George's County Register of Wills** records for Estate of **John V. Henderson** (PG-REGWILLS00050 through PG-REGWILLS00056); PG-REGWILLS00063 through PG-REGWILLS00067; PG-REGWILLS-00074 through PG-REGWILLS-00085; PG-REGWILLS-00105; PG-REGWILLS-00111 through PG-REGWILLS-00115; PG-REGWILLS-00119 through PG-REGWILLS-00123; PG-REGWILLS-00139 through PG-REGWILLS-00140; PG-REGWILLS-00151 through PG-REGWILLS-00153; PG-REGWILLS-00169 through PG-REGWILLS-00170; PG-REGWILLS-00199; PG-REGWILLS-00209 through PG-REGWILLS-00211; PG-REGWILLS-00258; PG-REGWILLS-00264 through PG-REGWILLS-00272) | | | |
| 28 | **Prince George's County Register of Wills** records for Estate of **Ophelia E. Williams** (PG-REGWILLS00304 through PG-REGWILLS00308) | | | |

| Exhibit No. | Description | Witness | Obj'n | Adm. |
|---|---|---|---|---|
| 29 | Estate records for **Beryl Brady Jones** (DC-PROBCT-00130 through DC-PROBCT-00135) | | | |
| 30 | Blank | | | |
| 31 | Blank **First Union Bank** checks for **Julia Wooten** SW | Need bates number | | |
| 32 | Durable Power of Attorney for **Julia Wooten** (MISC-00003-ACHENS) | | | |
| 33 | Records regarding the Estate of **Paralee McCree** (JJ-00001 through JJ-000016) | | | |
| 34 | Correspondence to **Reginald Rogers** from **Deborah Smith** and **Ed Thompson** SW (SWNEW-00026 through SWNEW-00028) | | | |
| 35-1 | Computer printout of 2002 tax return of **Hattie M. Goode** SW (SW-00010 through SW-00014) | | | |
| 35-2 | Computer printout of 2002 tax return of **Minnie F. Beane** SW (SW-00006 through SW-00009) | | | |
| 35-3 | Computer printout of 2003 tax return of **Minnie F. Beane** SW (SW-00020 through SW-00023) | | | |
| 35-4 | Computer printout of 2002 tax return of **Danzel Lewis** SW (SW-00015 through SW-00019) | | | |
| 35-5 | Computer printout of 2002 tax return of **Danzel Lewis** SW (SW-00001 through SW-00005) | | | |
| 35-6 | Copy of 1999 tax return of **Hattie Mae Goode** SW (SWNEW-00029 through SWNEW-00032) | | | |
| 35-7 | Copy of 2000 tax return of **Hattie Mae Goode** SW (SWNEW-00054 through SWNEW-00061) | | | |
| 35-8 | Copy of 2001 tax return of **Hattie Mae Goode** SW (SWNEW-00062 through SWNEW-00068) | | | |
| 35-9 | Copy of 2002 tax return of **Hattie Mae Goode** SW (SWNEW-00069 through SWNEW-00075) | | | |

| Exhibit No. | Description | Witness | Obj'n | Adm. |
|---|---|---|---|---|
| 36 | Certified copy of deed for 911 Booker Drive, Capital Heights, MD (PGCLERKCT-00001 through 00005) | | | |
| 37 | Fairbanks Capital Mortgage Records for 11907 Frost Drive, Bowie, MD (SPS-00001 through SPS-00036) | | | |
| 38 | Maryland Code, Estates and Trusts, Sections 7-601, 7-602, and 7-604 (MDCODE-0001 through MDCODE-0003) | | | |
| 39 | Wachovia Bank (formerly First Union Bank) records for accounts in the names of **Danzel Lewis, POA/Reginald Rogers**, Account #1010052146024 ( WAV-DLRR-000001 through WAV-DLRR-000203)<br>**Naomi Rogers and Reginald Rogers**, Account #1010047797705 ( WAV-NRRR05-00001 through WAV-NRRR05-00026)<br>**Naomi Rogers and Reginald Rogers**, Account #3000030955384 ( WAV-NRRR84-00001 through WAV-NRRR84-00021)<br>**Reginald Rogers and Francesse Rogers,** Account #101094027156 ( WAV-RRFR56-00001 through WAV-RRFR56-00373)<br>**Samuel Rogers and Reginald Rogers**, Account #1010088399395 ( WAV-SRRR-00001 through WAV-SRRR00096)<br>**Julia Wooten and Willie Wooten**, Account #3031402694284 ( FU-JKWW84-00001 through FU-JKWW84-00078) | | | |
| 40.1 | IRS Certification of Lack of Record for **Reginald J. Rogers** for the years 2003 and 2004 (TAX-00001) | | | |
| 40.2 | Copy of 2002 tax return of Reginald J. Rogers and related IRS transcript (TAX-00043 through TAX-00063) | | | |

| Exhibit No. | Description | Witness | Obj'n | Adm. |
|---|---|---|---|---|
| 40.3 | Copy of 2001 tax return of Reginald J. Rogers (TAX-00014 through TAX-00028) | | | |
| 40.4 | Copy of 2000 tax return of Reginald J. Rogers (TAX-00029 through TAX-00042) | | | |
| 41 | Letter from DC Office of Bar Counsel to **Reginald Rogers** dated 9/17/02 (redacted) (MISC-00006 through MISC-00007) | | | |
| 42 | Affidavit of Service, dated 10/7/02 (MISC-00001-DCBAR) | | | |
| 43 | Letter from DC Office of Bar Counsel to **Reginald Rogers** dated 8/23/03 (redacted) (MISC-00008 through MISC-00011) | | | |
| 44 | Certified mail return receipt (MISC-00013 through MISC-00014) | | | |
| 45 | DC Rules of Professional Conduct 1.3, 1.4, 1.5, 1.8, and 1.15 (RPR0001 through RPR0005) | | | |
| 46 | Power of Attorney for **Minnie F. Beane**, dated 2/27, no year (SWNEW-00033 through SWNEW-00034) | | | |
| 47 | Fax from **Steven Goldberg**, re: Power of Attorney Affidavit and Indemnification by **Reginald Rogers** for **Minnie Beane** dated 12/23/02 (SWNEW-00035 through SWNEW-00037) | | | |
| 48 | Durable General Power of Attorney for **Minnie Beane** dated 2/21/02 (SWNEW-00038 through SWNEW-00043) | | | |
| 49 | Fax from **Cassandra Johnson** to **Joseph Filipski** re: Power of Attorney for reverse mortgage program dated 12/16/02 (SWNEW-00044) | | | |
| 50 | Bank of America Cashier's check (#1140148) to **Danzel Lewis** from **John Henderson** (SWNEW-00045) | | | |

| Exhibit No. | Description | Witness | Obj'n | Adm. |
|---|---|---|---|---|
| 51 | Wells Fargo Home Mortgage Reverse Mortgage 2004 Annual Statement (SWNEW00046 through SWNEW00047) | | | |
| 52 | Transcript of Hearing dated 9/7/04 In re: **JKW** (DSI-00001 through DSI-00084) | | | |
| 53 | Transcript of Hearing dated May 26, 2004 (BPR-00001 through 00084) | | | |
| | | | | |
| | | | | |
| | | | | |
| c-1 | Listing of Checks and Withdrawals from **Hattie Mae Goode's** bank accounts | | | |
| c-2 | Deposits into **Hattie Mae Goode's** Accounts | | | |
| c-3 | Listing of **Hattie Mae Goode's** Savings Bonds Redeemed but not Deposited into her Accounts | | | |
| c-4 | Graph of **Hattie Mae Goode's** financial assets from 6/14/00 through 10/7/03 | | | |
| c-5 | Listing of Checks and Withdrawals from **Minnie Beane's** accounts | | | |
| c-6 | Graph of **Minnie Beane's** Financial Assets from 1/4/02 through 12/12/03 | | | |
| c-7 | Expenditures from **Minnie Beane's** Accounts after Deposit of Loan Proceeds | | | |
| c-8 | Expenditure of Minnie Beane's Jackson National Life Insurance proceeds | | | |
| c-9 | Use of **Danzel Lewis'** Funds | | | |
| c-10 | Listing of Deposits into **Danzel Lewis'** Accounts | | | |
| c-11 | Amounts disbursed from **John Henderson's** Accounts that were not included in Prince George's County Probate Records | | | |

| Exhibit No. | Description | Witness | Obj'n | Adm. |
|---|---|---|---|---|
| c-12 | Listing of Checks or Withdrawals from **John Henderson's** accounts | | | |
| c-13 | List of Deposits into **John Henderson's** accounts | | | |
| c-14 | Payments to **Reginald Rogers'** American Express Accounts | | | |
| c-15 | Payment to DarCars Ford | | | |
| c-16 | Deposits into Roger's Accounts-Payments to Mrs. Pauline Harvey | | | |
| c-17 | Net Amounts Taken From Clients' Accounts | | | |
| c-18 | Funds Disbursed from Hattie Mae Goode's Accounts | | | |
| | | | | |
| | | | | |

Respectfully submitted

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR #24647

By: _____
JOHN D. GRIFFITH (Iowa Bar #4622)
DIANE G. LUCAS (D.C. Bar #443610)
Assistant United States Attorney
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
202-353-2453