**U.S. Department of Justice**

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530

June 19, 2006

J. Michael Hannon, Esq.
Hannon Law Group, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

Re: <u>United States v. Reginald J. Rogers, Crim. No. 05-cr-00292 RWR</u>

Dear Mr. Hannon:

    This is in response to your June 15, 2006 letter concerning our Motion to Exclude Experts. A primary problem that has necessitated our motion is your notice regarding Dr. Moldauer. As noted in our motion, your notice suggests that Dr. Moldauer will opine about the defendant's mental state without identifying the mental disease, defect or condition from which the defendant suffers. He plans to testify about the issue of intent to defraud, which is obviously the ultimate issue in this case.

    Aside from the fact that this testimony appears to be inadmissable, your notice fails to give us any information that would enable us to retain our own expert to counter this testimony. It is apparent that for some time you have possessed information concerning Dr. Moldauer's psychological evaluation of the defendant during the investigation, but it was not until June 9 at the earliest that we knew of the nature of Dr. Moldauer's proposed testimony. While you contend that your notice is adequate, we have to get the matter resolved with the Court as soon as possible, given that we are approximately two and one-half weeks from the start of the trial and we do not have adequate information to retain our own expert. We therefore will be filing a motion for a status conference as soon as possible.

Sincerely yours,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

By: _____
John Griffith
Diane Lucas
Assistant U.S. Attorneys