

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-292 (RWR) |
| | ) | |
| REGINALD J. ROGERS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>ORDER</u>

The defendant has given notice that he will call as a witness at trial his treating forensic psychologist, Lanning Moldauer, to render an opinion concerning defendant's capacity to manage his professional responsibilities. The opinion would be based in part on Moldauer's interviews of the defendant. The defendant has proffered that Moldauer wrote cryptic coded interview notes intended as memory triggers for Moldauer. The notes were not described as having been adopted or approved by the defendant, or as being a substantially verbatim, contemporaneously recorded recital of the defendant's oral comments.

The government has moved to preclude Moldauer's testimony but has moved for production of the notes should his testimony be allowed. The defendant has opposed production and was asked for any authority for the proposition that the notes would not be producible as reciprocal Jencks material if they related to the subject matter of Moldauer's testimony. The defendant, citing

- 2 -

United States v. Dennison, 937 F.2d 559 (10th Cir. 1991) and United States v. Marenghi, 893 F. Supp. 85 (D. Me. 1995), claims the notes are protected from discovery under Federal Rule of Criminal Procedure 16.

Both cited cases were decisions under Rule 16 and not decisions under Rule 26.2. Indeed, Dennison noted that statements written by experts who testify are discoverable under Rule 26.2. Id. at 99 n.21. Therefore, it is hereby

ORDERED that the defendant supplement its authority and that government provide authority of its own on this issue before the close of business, Friday, July 7, 2006.

SIGNED this 6th day of July, 2006.

/s/ Richard W. Roberts
———————————————
RICHARD W. ROBERTS
United States District Judge