UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 26 2006


NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

USA   vs. Rogers           )   Civil/Criminal No. 05-292

### NOTE FROM JURY

Please provide us with Minnie Beane's bank statements

Date: July 25, 2006

Dina, juror #10
FOREPERSON

Time: 3:13

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

USA    vs. Reginald Rogers )     Civil/Criminal No. 05-292

NOTE FROM JURY

Please send in Minnie Beane's receipts (Exhibt 121 A, B, C)?

Date: July 26

Time: 9:15

Dina, Juror #10
FOREPERSON

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

USA   vs.   Reginald Jerome Rogers )   Civil/Criminal No. 05-292

## NOTE FROM JURY

Please provide us with the following items from evidence:
- Powers of Attorney
- letters & check to AG c/o HMG to the R St address (dated 11/17/03)
- HMGs bank records
- Nick Novak's summary charts (C-series)
- Molly Quell's chart
- savings bonds documents
- R. Roger's financial records - AMEX bills, bank statements
- DL's First Union monthly consolidated account statement
- Check for Executing Abstracting Company, & settlement statement for MB's reverse mortgage & any related mailing documentation
- IRS Records

Date: July 25, 2006

Dina, Juror #10
FOREPERSON

Time: 11:15

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US

vs.

Rogers

Civil/Criminal No. 05-292

NOTE FROM JURY

We've completed deliberations for the day.
We'd like to adjourn and reconvene tomorrow

Date: July 25

_____
FOREPERSON (Juror #10)

Time: 4:30

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

USA vs. Reginald Rogers ) Civil/Criminal No. 05-292

NOTE FROM JURY

We have reached a verdict

Date: July 26, 2006

Time: 10:45

Dina D_____
FOREPERSON

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

USA vs. Reginald J. Rogers ) Civil/Criminal No. 05-292

## NOTE FROM JURY

- Please provide us with the government's chart with the amounts taken from HMG, MB, DL, Estate of JH & JW, with the final sum of $488xxx

- We need clarification on the timeframe we're to consider — Do we just consider the sums related to the particular indictments, or pertaining to what we consider to be the whole scheme?

- Please provide us with a calculator

Thanks!

Date: July 26 2006

Dina, juror #10
FOREPERSON

Time: 12:04

CO-109A

Dear Jurors:

    1. I believe you are describing one chart that the government used in its opening statement and its closing arguments that was used for demonstration purposes only and was not an exhibit received into evidence. Since that chart is not an exhibit in evidence, I cannot provide that to you.

    2. You may include in your forfeiture verdict amount, if any, only that money that you find that the Government has proven by a preponderance of the evidence constitutes or is derived from the defendant's scheme to defraud.

    You may not include in any forfeiture verdict amount any money that you find does not constitute or is not derived from the defendant's scheme to defraud. You also may not include in any forfeiture verdict amount any money you identify that may have been involved in a transaction at a time when no scheme to defraud by the defendant existed. In determining a forfeiture amount, if any, you must consider all of the evidence that has been presented to you.

    3. We have supplied a calculator.

Thank you.

*Judge Roberts  7/26/06*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

USA vs. Reginald J. Rogers ) ) ) ) ) ) ) ) )    Civil/Criminal No. 05-292

### NOTE FROM JURY

The jury has reached a verdict

Date: July 26, 2006

Time: 2:37

Dina, juror #10
FOREPERSON

CO-109A