

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      :
                               :
        v.                     :   Criminal No. 05-292 (RWR)
                               :
REGINALD J. ROGERS,            :
                               :
        Defendant              :

### VERDICT FORM

As to the following counts of the indictment charging defendant Reginald J. Rogers with mail fraud, we, the members of the jury, do unanimously find the defendant Reginald J. Rogers:

COUNT 1

_____ NOT GUILTY          __X__ GUILTY

COUNT 2

_____ NOT GUILTY          __X__ GUILTY

COUNT 3

_____ NOT GUILTY          __X__ GUILTY

COUNT 4

_____ NOT GUILTY          __X__ GUILTY

-2-

### COUNT 5

_____NOT GUILTY            __X__GUILTY

### COUNT 6

_____NOT GUILTY            __X__GUILTY

### COUNT 7

_____NOT GUILTY            __X__GUILTY

### COUNT 8

_____NOT GUILTY            __X__GUILTY

### COUNT 9

_____NOT GUILTY            __X__GUILTY

### COUNT 10

_____NOT GUILTY            __X__GUILTY

### COUNT 11

_____NOT GUILTY            __X__GUILTY

-3-

COUNT 12

_____ NOT GUILTY          __X__ GUILTY

COUNT 13

_____ NOT GUILTY          __X__ GUILTY

Signed: _[signature]_
Foreperson

July 26, 2006
Date