FILED
JUL 26 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :
                                   :
     v.                            :   Criminal No. 05-292 (RWR)
                                   :
REGINALD J. ROGERS,                :
                                   :
          Defendant.               :

### SPECIAL VERDICT FORM - FORFEITURE ALLEGATION

We, the jury, unanimously find by a preponderance of the evidence that **$513,928** constitutes, or is derived from proceeds traceable to the mail fraud scheme.

_____      \_\_\_X\_\_\_\_\_
  YES               NO

If you answer YES to this question, do not complete the following section. If you answer NO to this question, please proceed to the following section and fill in the amount.

We, the jury, unanimously find by a preponderance of the evidence that **$385,000.00** constitutes, or is derived from proceeds traceable to, the mail fraud scheme.

Signed: _____        July 26, 2006
         Foreperson                    Date