**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. 1:05-cr-00292-RWR-ALL |
| v. | : |
| | : |
| REGINALD JEROME ROGERS, | : |
| | : |
| Defendant. | : |

**MOTION OF REGINALD J. ROGERS**
**FOR JUDGMENT OF ACQUITTAL AND A NEW TRIAL**

Defendant Reginald J. Rogers, through his attorneys at HANNON LAW GROUP, LLP, presents this Motion for Judgment of Acquittal and Motion for a New Trial.

In support of this motion, defendant presents the Memorandum of Points and Authorities filed herewith.

WHEREFORE, defendant respectfully requests that the Court grant defendant's Motion of Judgment of Acquittal or, in the alternative, for a New Trial.

        Respectfully submitted,

        HANNON LAW GROUP, LLP


        *//s// J. Michael Hannon*
        J. Michael Hannon, #352526
        1901 18th Street, N.W.
        Washington, DC 20009
        (202) 232-1907
        (202) 232-3704 (facsimile)
        jhannon@hannonlawgroup.com

        *Attorneys for Defendant Reginald J. Rogers*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion of Reginald J. Rogers for Judgment of Acquittal and a New Trial, Memorandum in Support of Motion for Judgment of Acquittal and Text of Proposed Order was sent via electronic filing this 11th day of September, 2006, to:

John D. Griffith
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 353-2453
(202) 307-2304 Facsimile

                                          *//s// J. Michael Hannon*
                                          J. Michael Hannon