# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. 1:05-cr-00292-RWR-ALL |
| v. | : |
| | : |
| REGINALD JEROME ROGERS, | : |
| | : |
| Defendant. | : |

## ORDER

Upon consideration of defendant's Motion for Judgment of Acquittal, filed pursuant to Fed. R. Crim. P. 29, it is hereby **ORDERED** that the Motion for Judgment of Acquittal should be and hereby is **GRANTED**.

**SO ORDERED** this _____ day of September, 2006.

_____
Richard W. Roberts,
DISTRICT Judge

Copies to:

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

Charles I. Cate, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

John D. Griffith, Esq.
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C. 20530

Diane G. Lucas, Esq.
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C. 20530