## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 05-292 (RWR)** |
| | : | |
| **v.** | : | |
| | : | |
| **REGINALD JEROME ROGERS,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S UNOPPOSED MOTION
## TO CONTINUE SCHEDULING DATES

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves for an Order continuing the remaining scheduling dates, including the date of sentencing, for two weeks.  In support of this request, the government states as follows:

1. On September 11, 2006, the defendant filed his Motion for Judgment of Acquittal and a New Trial and a twenty-one page Memorandum of Points and Authorities in support of the motion (Docket entry 74).  The government's opposition to this motion is due this Friday, September 22. The remaining scheduling dates include September 27, 2006 for submitting responses/objections to the draft Presentence Investigation Report; October 10, 2006 for filing Presentence Memoranda; and October 20, 2006 at 3:30 p.m., for the Sentencing Hearing.

2.  The defendant's September 11, 2006 motion presents a number of complex issues.   In addition, co-counsel Ms. Lucas was out of the office the week of September 11 and first had an opportunity to review the motion on September 18.  As a result of this, the government requests an additional two weeks to in order to prepare its Opposition to the defendant's September 11, 2006 motions and requests that the remaining scheduling dates be extended accordingly.

3.   Counsel for the defendant has confirmed that he has no objection to a two-week continuance of all remaining scheduling dates.

## **CONCLUSION**

WHEREFORE, the government hereby respectfully requests that the Court issue the accompanying Order continuing the remaining scheduling dates in this matter for two weeks.


Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia


By:   _____
JOHN GRIFFITH
DIANE LUCAS
Assistant U.S. Attorneys
555 4th Street, N.W.
Washington, D.C.  20530
(202) 353-2453
(202) 514-8097