UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05-292 (RWR) |
| | : | |
| v. | : | |
| | : | |
| **REGINALD JEROME ROGERS,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER CONTINUING SCHEDULING DATES

Upon consideration of the Government's Unopposed Motion for an Order Continuing Scheduling Dates, it is hereby:

**ORDERED** that the motion is granted.

**IT IS FURTHER ORDERED THAT**:

1. The Government's Opposition to Defendant's Motion for Judgment of Acquittal and a New Trial is due Friday, October 6, 2006.

2. Responses/Objections to the draft Presentence Investigation Report are due Wednesday, October 11, 2006.

3. Presentence Memoranda are due Tuesday, October 24, 2006

4. Sentencing is set for _____, 2006 at _____.


**SIGNED** this ____ day of _____, 2006.


_____
RICHARD W. ROBERTS
United States District Judge