UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 29 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-292 (RWR) |
| ) | |
| REGINALD J. ROGERS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

It is hereby ORDERED that the government's unopposed motion for an order continuing scheduling dates [75] be, and hereby is, GRANTED. It is further

ORDERED that the government's opposition to defendant's motion for judgment of acquittal and a new trial is due on or before Friday, October 6, 2006. It is further

ORDERED that responses and objections to the draft Presentence Investigation Report are to be submitted to the Probation Office on or before Wednesday, October 11, 2006. Presentence memoranda are due on or before Tuesday, October 24, 2006. It is further

ORDERED that sentencing date of October 20, 2006 be, and hereby is, VACATED. Sentencing will be rescheduled in a future order.

-2-

SIGNED this 28th day of September, 2006.

_____
for RICHARD W. ROBERTS
United States District Judge