**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:05-cr-00292-RWR-ALL |
| v. : | |
| : | |
| REGINALD JEROME ROGERS, : | |
| : | |
| Defendant. : | |

**CONSENT MOTION FOR EXTENSION OF TIME**
**TO FILE PRESENTENCE MEMORANDA**

Defendant Reginald Jerome Rogers, by and through his attorneys HANNON LAW GROUP, LLP, respectfully requests an extension of time for filing Presentence Memoranda, which are scheduled to be filed on October 24th, 2006. The undersigned is authorized to represent that counsel for the United States, John D. Griffith, consents to the granting of this motion.

This request is necessitated by the need for additional time to prepare and report on matters raised in the Pre-Sentence Report of the Probation Officer and to report on other issues relevant to sentencing. The sentencing date for the defendant has been continued by request of counsel for the United States in their Unopposed Motion to Continue Scheduling Dates. The Court granted this motion and vacated the sentencing date to be reset at a later time. Therefore, defendant asks that the Court grant a two week extension to prepare and file Presentence Memoranda on behalf of both the United States and Mr. Rogers to and including November 6th, 2006.

2

WHEREFORE, defendant respectfully requests this Consent Motion be granted and the Court enter the attached Order granting an extension of time to file Presentence Memoranda.

Respectfully submitted,

HANNON LAW GROUP, LLP


        *//s// J. Michael Hannon*
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, DC 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com

*Attorneys for Defendant Reginald J. Rogers*


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **CONSENT MOTION FOR EXTENSION OF TIME TO FILE PRESENTENCE MEMORANDA** was sent via electronic filing this 23rd day of October, 2006, to:

John D. Griffith
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 353-2453
(202) 307-2304 Facsimile




        *//s// J. Michael Hannon*
J. Michael Hannon