## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA    : | |
| : | Case No. 1:05-cr-00292-RWR-ALL |
| v.    : | |
| : | |
| REGINALD JEROME ROGERS,    : | |
| : | |
| Defendant.    : | |

## **O R D E R**

Upon consideration of the Consent Motion for Extension of Time to File Presentence Memoranda, it is, by the Court, this _____ day of October, 2006,

**ORDERED** that the Motion be and hereby is **GRANTED**; and it is further

**ORDERED** that the Presentence Memoranda on behalf of both the United States and Mr. Rogers shall be filed by November 6th, 2006.

**SO ORDERED.**

---

RICHARD W. ROBERTS,
District Judge

Copies to:

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

John D. Griffith, Esq.
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C. 20530