**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:05-cr-00292-RWR-ALL |
| v. | : | |
| | : | |
| REGINALD JEROME ROGERS, | : | |
| | : | |
| Defendant. | : | |

**MOTION BY REGINALD J. ROGERS FOR**
**EXTENSION OF TIME TO FILE PRESENTENCE MEMORANDA**

Defendant Reginald Jerome Rogers, by and through his attorneys HANNON LAW GROUP, LLP, respectfully requests an extension of time for filing his Presentence Memorandum, which is scheduled to be filed on November 6, 2006. The undersigned attempted to obtain consent to this motion from Assistant United States Attorney John Griffith by both telephone and email. No response was received.

No sentencing date has been set by the Court. The Presentence Memorandum is in preparation, but counsel requires additional time to consult with Mr. Rogers. In addition, time constraints from other matters and the preparation of the Reply Memorandum to the Government's Opposition to the post trial motion has interfered with completion of the Presentence Memorandum.

Mr. Rogers requests that the Court permit his filing of the Presentence Memorandum 15 days before the date set for sentencing.

2

WHEREFORE, defendant respectfully requests this Motion be granted and the Court enter the attached Order granting an extension of time to file the Presentence Memorandum.

Respectfully submitted,

HANNON LAW GROUP, LLP

_____//s// J. Michael Hannon_____
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, DC 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com

*Attorneys for Defendant Reginald J. Rogers*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE PRESENTENCE MEMORANDUM** was sent via electronic filing this 6th day of November, 2006, to:

John D. Griffith
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 353-2453
(202) 307-2304 Facsimile

_____//s// J. Michael Hannon_____
J. Michael Hannon