# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:05-cr-00292-RWR-ALL |
| v. : | |
| : | |
| REGINALD JEROME ROGERS, : | |
| : | |
| Defendant. : | |

## **O R D E R**

Upon consideration of the Motion by Reginald J. Rogers for Extension of Time to File Presentence Memorandum, it is, by the Court, this _____ day of November, 2006,

**ORDERED** that the Motion be and hereby is **GRANTED**; and it is further

**ORDERED** that the Presentence Memorandum on behalf of Mr. Rogers shall be filed 15 days before the date scheduled for sentencing.

**SO ORDERED.**

_____

RICHARD W. ROBERTS,
District Judge

Copies to:

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C.  20009

John D. Griffith, Esq.
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C.  20530