**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case #1:05-cr-00292 RWR |
| v. : | |
| : | |
| REGINALD JEROME ROGERS, : | |
| : | |
| Defendant. : | |

**MOTION TO PERMIT DEFENDANT OUT-OF-TOWN TRAVEL**

The Defendant, Reginald J. Rogers, learned this week that his niece, Donna Rogers, is in critical condition from a brain aneurism. Doctors have advised the family to gather for what may be final visits with Ms. Rogers. The Defendant would therefore like to accompany his own family to New York City to be at his niece's bedside. While in the area, Mr. Rogers would also like to visit his brother, Samuel Rogers, who is a double amputee in Syracuse, New York. With the Court's permission, Mr. Rogers would like to travel to New York this Friday, December 29, 2006 and return home on Wednesday, January 3, 2007.

Undersigned counsel has thus far been unsuccessful in attempts to contact Assistant United States Attorney John D. Griffith or Assistant United States Attorney Diane Lucas to obtain consent to this Motion. Counsel will renew his attempts on Friday, December 29, 2006 and promptly advise the Court of the results of any such contact.

WHEREFORE, Defendant Reginald J. Rogers requests that the Court modify his conditions of release to permit this travel.

        Respectfully submitted,

        HANNON LAW GROUP, LLP


        *//s// J. Michael Hannon //s//*
        J. Michael Hannon, #352526
        1901 18th Street, N.W.
        Washington, D.C. 20009
        (202) 232-1907
        Attorney for Reginald J. Rogers


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion and Order were sent by electronic transmission this 28th day of December, 2006, to:

John D. Griffith
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-2304 Facsimile


        *//s// J. Michael Hannon //s//*
        J. Michael Hannon