# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case #1:05-cr-00292 RWR |
| v. : | |
| : | |
| REGINALD JEROME ROGERS, : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of Defendant's Motion to Permit Out-of-Town Travel for the purpose of Defendant's visiting his critically ill niece in New York City and his disabled brother in Syracuse, New York, this _____ day of _____ 200__,

**ORDERED** that the Motion be and hereby is **GRANTED**; and it is further

**ORDERED** that the conditions of Mr. Rogers release are modified to permit him to travel beginning on or about December 29, 2006, to New York, returning to this area on Wednesday, January 3, 2007.

**SO ORDERED.**

_____

RICHARD W. ROBERTS,
District Judge


Copies to:

J. Michael Hannon, Esq.
Charles I. Cate, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C.  20009

John D. Griffith, Esq.
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C. 20530

Kathie McGill
U.S. Probation Office
United States Courthouse
3rd & Constitution Ave., N.W.
Washington, DC 20001