**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case #1:05-cr-00292 RWR |
| v.  : | |
| : | |
| REGINALD JEROME ROGERS, : | |
| : | |
| Defendant. : | |

**CONSENT MOTION TO PERMIT DEFENDANT OUT-OF-TOWN TRAVEL**

The Defendant, Reginald J. Rogers, respectfully requests the Court's permission to travel out-of-town to New York City to attend the funeral of his niece, Donna Rogers, who died on January 2, 2007.

The Defendant Reginald J. Rogers learned last week that his niece, Donna Rogers, was in critical condition from a brain aneurism. Doctors advised the family to gather for what might be final visits with Ms. Rogers. On December 28, 2006 the Defendant filed a Motion seeking permission to travel out-of-town to New York City to be at his niece's bedside. Unfortunately, holiday schedules being what they are, Defendant was unable to make contact with government's counsel to obtain consent. To date, that motion has not been ruled on and Defendant did not travel out-of-town.

Donna Rogers has now died and Defendant now asks the Court for permission to attend her funeral, which is to be held in New York City on Tuesday, January 9, 2007. The Defendant asks that he be allowed to depart the Washington area on Sunday, January 7, 2007 and return no later than Thursday, January 11, 2007. While in the area, Mr. Rogers would also like to visit his brother, Samuel Rogers, who is a double amputee in Syracuse, New York. Undersigned counsel has contacted Assistant United States Attorney Diane Lucas, who has authorized undersigned counsel to represent that the government consents to this Motion.

WHEREFORE, Defendant Reginald J. Rogers requests that the Court modify the conditions of his release to permit this travel.

        Respectfully submitted,

        HANNON LAW GROUP, LLP

        //s// J. Michael Hannon //s//
        J. Michael Hannon, #352526
        1901 18th Street, N.W.
        Washington, D.C. 20009
        (202) 232-1907
        *Attorney for Reginald J. Rogers*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion and Order were sent by electronic transmission this 4th day of January 2007, to:

John Griffith, Esq.
Diane Lucas, Esq.
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-2304 Facsimile

        //s// J. Michael Hannon //s//
        J. Michael Hannon