# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. 1:05-cr-00292-RWR-ALL |
| v. | : |
| | : |
| REGINALD JEROME ROGERS, | : |
| | : |
| Defendant. | : |

## **O R D E R**

Upon consideration of Defendant's Consent Motion to Permit Out-of-Town Travel for the purpose of Defendant's attending the funeral of his niece in New York City and visiting his disabled brother in Syracuse, New York, it is this _____ day of January 2007,

**ORDERED** that the Motion be and hereby is **GRANTED**; and it is further

**ORDERED** that the conditions of Mr. Rogers release are modified to permit him to travel to New York beginning on or about January 7, 2007, returning to this area not later than January 11, 2007.

**SO ORDERED.**

_____
RICHARD W. ROBERTS,
District Judge

Copies to:

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

Charles I. Cate, Esq.
2009 14th Street North
Arlington, VA 22201

Diane Lucas, Esq.
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C. 20530

John D. Griffith, Esq.
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C. 20530

Kathie Mc Gill
U.S. Probation Office
United States Courthouse
3rd & Constitution Ave., N.W.
Washington, DC 20001