# Exhibit 2

## DECLARATION OF SPECIAL AGENT JOHN COTTER

I am employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI) assigned to the Northern Virginia Resident Agency of the Washington Field Office. I have been an FBI SA for approximately 24 years and have been involved in white collar investigations the entire time. Since late 2003, I have been assigned as case agent on the investigation and subsequent prosecution of Reginald J. Rogers of Bowie, Maryland (Rogers). I have received the following information in connection with this investigation:

1. MT is an elderly person currently residing at Sunrise Assisted Living, 5111 Connecticut Avenue, N.W, Washington, D.C. 20008 ("SAL"). MT is not related to Rogers. On January 19, 2007, I interviewed Joseph Jones, nephew of MT. Jones indicated that Rogers placed MT into SAL approximately two years ago. Jones also noted that MT is very protective of Rogers and gets defensive if any family members say anything negative about him. According to Jones, MT refuses to divulge anything about Rogers or MT's financial affairs. Jones stated that approximately seven or eight months ago, he received a call from Kaiser Pharmacy, 1011 North Capitol Street, Washington, D.C., concerning MT running out of medicine and the need for someone to pay for future prescriptions. Jones stated that he arranged to make payment, but then learned from a Kaiser Pharmacy employee that ROGERS had reappeared and would be handling the matter from then on.

2. On January 19, 2007, I interviewed Sharon O'Connor, assisted living coordinator at SAL. Ms. O'Connor stated that she supervises the affairs of MT. She further stated: 1) SAL staff considers MT to be of sound mind; 2) without going into

detail because of privacy issues, MT relies on Rogers and not family to handle MT's affairs; 3) MT's family rarely visits; 4) Rogers seems to be wonderful to MT and not only comes on a moment's notice, but also does nice personal things and handles her every need; 5) when SAL staff need something, they contact Rogers; and 6) Rogers handles MT's financial needs as well. Ms. O'Connor assured me that with the proper legal order, she will make herself, the SAL staff and all the appropriate SAL records available for interviews and review.

I hereby swear/affirm that the information contained in this declaration is true and accurate under penalty of perjury.

_____
John C. Cotter
Special Agent
Federal Bureau of Investigation

2/2/07
_____
Date