# Exhibit 3

# United States District Court

FOR THE _____ DISTRICT OF _____ COLUMBIA _____

UNITED STATES OF AMERICA

V.

Reginald J. Rogers

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: CR 05-292(RWR)

TO: Sharon O'Connor
Custodian of Records
Sunrise Assisted Living
5111 Connecticut Avenue, N.W.
Washington, D.C. 20008

☒ YOU ARE HEREBY COMMANDED to appear and testify before the United States District Court at the place, date, and time specified below.

| PLACE | COURTROOM | Ct. Rm. 9 |
|---|---|---|
| **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA** **United States Courthouse** **Third & Constitution Avenue, N.W.** **Washington, D.C. 20530** | | Fourth Floor |
| | DATE AND TIME | Friday, February 16, 2007 at 9:30 a.m. |

[X] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Any and all records concerning resident _____ ("MT") relating to the period August 8, 2005 to the present.

U.S. MAGISTRATE JUDGE OR CLERK OF COURT
NANCY MAYER-WHITTINGTON

(By) Deputy Clerk

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

DATE    February 2, 2007

USAO #    2003R03134

JG

John Griffith, Assistant U.S. Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 5826
Washington, D.C. 20530    (202) 353-2453