# Exhibit 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | :    Criminal No. 05-292 (RWR) |
| v. | : |
| REGINALD JEROME ROGERS, | : |
| Defendant. | : |

## ORDER

For the reasons set forth in the Government's Motion for Issuance of Subpoena Relating to Apparent Bond Violation, it is this ____ day of _____, 2007, hereby,

ORDERED, that a subpoena *duces tecum*, pursuant to Fed. R. Crim. Proc. 17(c) may be issued on behalf of the Government directed to Sunrise Assisted Living, 5111 Connecticut Avenue, N.W, Washington, D.C. 20008 ("SAL") for records of MT, to be produced at the United States District Court for the District of Columbia, E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C., Fourth Floor, Courtroom 9, on Friday, February 16, 2007 at 9:30 a. m.

_____  
DATE

_____  
RICHARD W. ROBERTS
U.S. DISTRICT COURT JUDGE