UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case #1:05-cr-00292 RWR |
| v. : | |
| : | |
| REGINALD JEROME ROGERS, : | |
| : | |
| Defendant. : | |

**CONSENT MOTION TO PERMIT DEFENDANT OUT-OF-TOWN TRAVEL**

    The Defendant, Reginald J. Rogers, respectfully requests the Court's permission to travel out-of-town to Florida to attend the college graduation of his son, Samuel, which takes place on Saturday, April 21, 2007.

    The graduation ceremonies also include honors awards that include Samuel and will take place on Friday, April 20, 2007. Mr. Rogers therefore respectfully seeks the Court's permission to travel to Florida on Friday, April 20, 2007 and to return to Washington on Monday, April 23, 2007.

    Undersigned counsel has contacted Assistant United States Attorney William Cowden, who has authorized undersigned counsel to represent that the government does not oppose this Motion.

    WHEREFORE, Defendant Reginald J. Rogers requests that the Court modify the conditions of his release to permit this travel.

Respectfully submitted,

HANNON LAW GROUP, LLP


    *//s// J. Michael Hannon //s//*
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, D.C. 20009
(202) 232-1907
(202) 232-3704 Facsimile
jhannon@hannonlawgroup.com
*Attorney for Reginald J. Rogers*


## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a copy of the foregoing Motion and Order were sent by electronic transmission this 18th day of April 2007, to:

John Griffith, Esq.
Diane Lucas, Esq.
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C. 20530


    *//s// J. Michael Hannon //s//*
J. Michael Hannon