## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. 1:05-cr-00292-RWR-ALL |
| v. | : |
| | : |
| REGINALD JEROME ROGERS, | : |
| | : |
| Defendant. | : |

## **O R D E R**

Upon consideration of Defendant's Consent Motion to Permit Out-of-Town Travel for the purpose of Defendant's attending the college graduation of his son in Daytona Beach, Florida it is this _____ day of April 2007,

**ORDERED** that the Motion be and hereby is **GRANTED**; and it is further

**ORDERED** that the conditions of Mr. Rogers release are modified to permit him to travel to Florida beginning on April 20, 2007 and returning to Washington no later than April 23, 2007.

**SO ORDERED.**

_____

RICHARD W. ROBERTS,
District Judge

Copies to:

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

Charles I. Cate, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

Diane Lucas, Esq.
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C. 20530

John D. Griffith, Esq.
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C. 20530

Kathie Mc Gill
U.S. Probation Office
United States Courthouse
3rd & Constitution Ave., N.W.
Washington, DC 20001