**FILED**
APR 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. 1:05-cr-00292-RWR-ALL |
| v. | : |
| | : |
| REGINALD JEROME ROGERS, | : |
| | : |
| Defendant. | : |

**ORDER**

Upon consideration of Defendant's Consent Motion to Permit Out-of-Town Travel for the purpose of Defendant's attending the college graduation of his son in Daytona Beach, Florida it is this 20th day of April 2007,

**ORDERED** that the Motion be and hereby is **GRANTED**; and it is further

**ORDERED** that the conditions of Mr. Rogers release are modified to permit him to travel to Florida beginning on April 20, 2007 and returning to Washington no later than April 23, 2007.

**SO ORDERED.**

_____
RICHARD W. ROBERTS,
District Judge