UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : Criminal No. 05-292 (RWR) |
| | : |
| **REGINALD JEROME ROGERS,** | : |
| | : |
| **Defendant** | : |

**ORDER**

_____After considering the Government's Motion for Revocation of Bond, and the entire record in this matter, it is hereby ORDERED that defendant's personal recognizance bond is hereby revoked and defendant is ordered held without bond pending his sentencing in this matter.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE


_____
DATE

cc: John Griffith
 Diane Lucas
 Assistant U.S. Attorneys

 Michael Hannon, Esq.
 Charles Cate, Esq.