**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA            :

                                    :   Case No. 1:05-cr-00292-RWR-ALL

        v.                       :

                                      :

REGINALD JEROME ROGERS,         :

                                      :

           Defendant.            :

**O R D E R**

Upon consideration of the Motion of the United States for Revocation of Defendant's

Bond and Defendant's Response thereto, it is hereby, this _____ day of _____ 2007:

**ORDERED** that the Motion be and hereby is **DENIED**; and it is further

**ORDERED** that Defendant Reginald Jerome Rogers' release on his personal

recognizance is continued on its original terms.

**SO ORDERED.**

 

 

                                                       _____

                                                       RICHARD W. ROBERTS,
                                                       District Judge

Copies to:

J. Michael Hannon, Esq.
Charles I. Cate, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C.  20009

John D. Griffith, Esq.
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C.  20530