February 9, 2007

Sharon O'Conner
Custodian of Records
Sunrise Assisted Living
5111 Connecticut Avenue, NW
Washington, DC 20008

      RE:  Removal of Reginald J. Rogers as my Power of Attorney

Ms. O'Conner:

      Please be advised that Reginald J. Rogers is no longer my power of attorney. He is not to be permitted to handle my financial affairs. Please find attached the letter revoking the power of attorney.

Sincerely,

*[signature]*

Mildred Jarrett Tucker