

# SUNRISE
## ASSISTED LIVING®
ON CONNECTICUT AVENUE

March 9, 2006

Reginald Rogers
PO Box 77741
Washington, DC 20013

RE: Mildred Tucker

Dear Mr. Rogers,

Enclosed please find all payments made on behalf of Mildred Tucker. You may want to review this ledger to be sure there are no payments not recorded.

If you find this summary to be correct, please remit the balance on the second page of the ledger.

Please contact me at 202-966-8020 should you have any further questions.

Regards,

Kathy Haig
Director of Administrative Services