**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case #1:05-cr-00292 RWR |
| v. | : | |
| | : | |
| REGINALD JEROME ROGERS, | : | |
| | : | |
| Defendant. | : | |

### MOTION TO PERMIT DEFENDANT OUT-OF-TOWN TRAVEL

The Defendant, Reginald J. Rogers, learned this week that his sister, Nellie Rogers is hospitalized in Detroit in critical condition and awaiting a liver transplant. The Defendant therefore wishes to travel to Detroit for a period of three or four days to be at his sister's bedside.

Undersigned counsel has thus far been unsuccessful in attempts to contact Assistant United States Attorney John D. Griffith or Assistant United States Attorney Diane Lucas to obtain consent to this Motion. Counsel will continue with his attempts and promptly advise the Court of the results of any such contact.

WHEREFORE, Defendant Reginald J. Rogers requests that the Court modify his conditions of release to permit this travel.

Respectfully submitted,

HANNON LAW GROUP, LLP


_____*/s/ J. Michael Hannon*_____
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, D.C. 20009
(202) 232-1907
(202) 232-3704 Facsimile
jhannon@hannonlawgroup.com
*Attorney for Reginald J. Rogers*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a copy of the foregoing Motion to Permit Defendant

Out-Of Town Travel and form of order were sent by electronic transmission this 25th day

of September, 2007, to:

John D. Griffith
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-2304 Facsimile


*/s/ J. Michael Hannon*
J. Michael Hannon