UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 05-292 (RWR) |
| REGINALD J. ROGERS, | ) ) | |
| Defendant. | ) ) | |

FILED
SEP 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is hereby

ORDERED that the government's motion for a subpoena [#85] be, and hereby is, DENIED as moot in light of the declaration attached to the government's motion for bond revocation [#88]. It is further

ORDERED that the Clerk refer the government's motion for bond revocation [#88] to a Magistrate Judge for decision pursuant to Local Criminal Rule 57.17(a)(8) and (b)(6) (amended April 10, 2007). It is further

ORDERED that the government respond to the defendant's motion to permit out-of-town travel [#91] within 5 days.

SIGNED this 28th day of September, 2005.

RICHARD W. ROBERTS
United States District Judge