CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, DC  20001

September 28, 2007

UNITED STATES OF AMERICA

V.                                                                Criminal No.  5-292

REGINALD ROGERS

## CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court.

CASE   SET   FOR:  HEARING ON MOTION FOR BOND REVOCATION
DATE:                      OCTOBER 3, 2007
TIME:                      1:30 P.M.
JUDGE:                   DEBORAH ROBINSON

COURTROOM:  No. 4    -  SECOND  Floor

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

By:_____Linda Romero  for Lorita Miller 354-3167_____
Deputy Clerk

cc:    Chambers
       File
       Courtroom Clerk
       Pretrial Services
       Counsel of Record