UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05- 292 (RWR)** |
| | : | |
| v. | : | |
| | : | |
| **REGINALD J. ROGERS,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION TO PERMIT OUT-OF-TOWN TRAVEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby opposes defendant's motion to permit out-of-town travel [#91]. Defendant's motion seeks permission for him to travel to Detroit to visit his sister who is hospitalized. While the government sympathizes with the defendant and his family concerning his sister's medical condition, the government believes that defendant is currently in violation of his bond and has moved for its revocation [#88], so that no condition of release, including one that would permit out-of-town travel, is appropriate at this point.

For the foregoing reasons, the government hereby opposes defendant's motion to permit out-of-town travel.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
Bar No.: 498610

By: _____
JOHN GRIFFITH
DIANE LUCAS
ASSISTANT U.S. ATTORNEYS
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 353-2453