UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **Criminal No. 05-292 (RWR)** |
| : | |
| **REGINALD JEROME ROGERS,** : | |
| : | |
| **Defendant** : | |

**ORDER**

_____After considering the Government's Opposition to Defendant's Motion to Permit Out-Of-Town Travel, and the entire record in this matter, it is hereby ORDERED that defendant's Motion to Permit Out-Of-Town Travel is hereby **DENIED**.

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE


_____
DATE

cc: John Griffith
     Diane Lucas
     Assistant U.S. Attorneys

   Michael Hannon, Esq.
   Charles Cate, Esq.