UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
: Case #1:05-cr-00292 RWR
v. :
:
REGINALD JEROME ROGERS, :  FILED
:
Defendant. :  OCT - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of Defendant's Motion to Permit Out-of-Town Travel for the purpose of Defendant's visiting his critically ill sister in Detroit, it is, this 3rd day of October 2007:

**ORDERED** that the Motion be and hereby is **GRANTED**; and it is further

**ORDERED** that the conditions of Mr. Rogers release are modified to permit him to travel beginning on or about the date of this ORDER, to Detroit, returning to this area within four days of his departure.

**SO ORDERED.**

Deborah A. Robinson
United States Magistrate Judge

Copies to:

J. Michael Hannon, Esq.
Charles I. Cate, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

John D. Griffith, Esq.
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Washington, D.C. 20530

Kathie McGill
U.S. Probation Office
United States Courthouse
3rd & Constitution Ave., N.W.
Washington, DC 20001

2