UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05-292 (RWR) |
| | : | |
| v. | : | |
| | : | |
| **REGINALD JEROME ROGERS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### GOVERNMENT'S CITATION OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL AND A NEW TRIAL

The United States of America, by and through the undersigned Assistant United States Attorneys, hereby submits pursuant to L.Cr.R. 47(a), a citation of supplemental authority in support of its opposition to defendant's Motion for Judgment of Acquittal and a New Trial. The government respectfully wishes to draw the Court's attention to a "pertinent and significant" authority which has come to the government's attention since it filed its opposition brief on October 6, 2006.[1]

On May 9, 2008, the United States Court of Appeals for the District of Columbia Circuit decided United States v. Day, 524 F.3d 1361(D.C.Cir. 2008). Day ruled that the District Court properly had excluded expert testimony on the defendant's *mens rea* under Daubert v. Merrill Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) and F.R.E. 702. Id. at 1370. The District Court had excluded expert testimony proffered by the defendant because the testimony was "unreliable and unhelpful (or irrelevant) under the requirements embodied in Rule 702 of the Federal Rules of Evidence and the Supreme Court's decision in [Daubert]. . . and the proffered testimony fail[ed] to pass muster under the case law governing, the limited circumstances in which *mens*

---

[1] F.R.A.P. 28(j).

*rea* testimony is permitted by the courts, as articulated by this Circuit in United States v. Childress, 58 F.3d 693 (D.C.Cir. 1995)." Id. at 1368.

In addition, Day ruled that the District Court did not abuse its discretion by excluding expert mental health testimony when the defendant failed to comply with Fed. R. Crim. P. 16(b)(1(C)(ii).  Id. at 1370.

WHEREFORE, it is respectfully requested that the Court consider the government's citation to supplemental authority.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY

        _____
        DIANE G. LUCAS, D.C. Bar #443610
        JOHN D. GRIFFITH, Iowa Bar #4622
        ASSISTANT UNITED STATES ATTORNEYS
        555 Fourth Street, N.W. Fifth Floor
        Washington, D.C. 20530
        (202) 514-7912 (Lucas)
        (202) 353-2453 (Griffith)
        Diane.Lucas@usdoj.gov
        John.Griffith@usdoj.gov